**Fill in this information to identify your case:**

Debtor 1: Dennis Ray Johnson, II
         First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Southern District of West Virginia

Case number: 16-30227
(if known)

☐ Check if this is an amended filing

# Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

Unsecured claim

**1**
Creditor's Name: James River Coal Sales, Inc.
Number Street: 901 East Byrd Street, Suite 1600
City: Richmond   State: VA   ZIP Code: 25219
Contact: _____
Contact phone: _____

What is the nature of the claim? Note Guaranty    $ _____

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $ _____
        Value of security:                   – $ _____
        Unsecured claim                       $ _____

**2**
Creditor's Name: First Surety Corporation
Number Street: 300 Summers Street, Suite 970
City: Charleston   State: WV   ZIP Code: 25301
Contact: _____
Contact phone: _____

What is the nature of the claim? Bond Guaranty    $ _____

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $ _____
        Value of security:                   – $ _____
        Unsecured claim                       $ _____

Debtor 1  __Dennis__  __Ray__ __Johnson, II_____  Case number (if known) __16-30227_____
         First Name    Middle Name    Last Name

                                                                                    **Unsecured claim**

| 3 | |
|---|---|
| Creditor's Name _____ | What is the nature of the claim? _____  $_____ |
| Number    Street _____ | As of the date you file, the claim is: Check all that apply. |
| _____ | ☐ Contingent |
|                                      | ☐ Unliquidated |
|                                      | ☐ Disputed |
| City         State      ZIP Code     | ☐ None of the above apply |
|                                      | Does the creditor have a lien on your property? |
|                                      | ☐ No |
| Contact _____ | ☐ Yes. Total claim (secured and unsecured):  $_____ |
|                                      |     Value of security:            − $_____ |
| Contact phone _____ |     Unsecured claim                 $_____ |

| 4 | |
|---|---|
| Creditor's Name _____ | What is the nature of the claim? _____  $_____ |
| Number    Street _____ | As of the date you file, the claim is: Check all that apply. |
| _____ | ☐ Contingent |
|                                      | ☐ Unliquidated |
|                                      | ☐ Disputed |
| City         State      ZIP Code     | ☐ None of the above apply |
|                                      | Does the creditor have a lien on your property? |
|                                      | ☐ No |
| Contact _____ | ☐ Yes. Total claim (secured and unsecured):  $_____ |
|                                      |     Value of security:            − $_____ |
| Contact phone _____ |     Unsecured claim                 $_____ |

| 5 | |
|---|---|
| Creditor's Name _____ | What is the nature of the claim? _____  $_____ |
| Number    Street _____ | As of the date you file, the claim is: Check all that apply. |
| _____ | ☐ Contingent |
|                                      | ☐ Unliquidated |
|                                      | ☐ Disputed |
| City         State      ZIP Code     | ☐ None of the above apply |
|                                      | Does the creditor have a lien on your property? |
|                                      | ☐ No |
| Contact _____ | ☐ Yes. Total claim (secured and unsecured):  $_____ |
|                                      |     Value of security:            − $_____ |
| Contact phone _____ |     Unsecured claim                 $_____ |

| 6 | |
|---|---|
| Creditor's Name _____ | What is the nature of the claim? _____  $_____ |
| Number    Street _____ | As of the date you file, the claim is: Check all that apply. |
| _____ | ☐ Contingent |
|                                      | ☐ Unliquidated |
|                                      | ☐ Disputed |
| City         State      ZIP Code     | ☐ None of the above apply |
|                                      | Does the creditor have a lien on your property? |
|                                      | ☐ No |
| Contact _____ | ☐ Yes. Total claim (secured and unsecured):  $_____ |
|                                      |     Value of security:            − $_____ |
| Contact phone _____ |     Unsecured claim                 $_____ |

| 7 | |
|---|---|
| Creditor's Name _____ | What is the nature of the claim? _____  $_____ |
| Number    Street _____ | As of the date you file, the claim is: Check all that apply. |
| _____ | ☐ Contingent |
|                                      | ☐ Unliquidated |
|                                      | ☐ Disputed |
| City         State      ZIP Code     | ☐ None of the above apply |
|                                      | Does the creditor have a lien on your property? |
|                                      | ☐ No |
| Contact _____ | ☐ Yes. Total claim (secured and unsecured):  $_____ |
|                                      |     Value of security:            − $_____ |
| Contact phone _____ |     Unsecured claim                 $_____ |

Debtor 1 <u>Dennis  Ray Johnson, II</u>  Case number (if known) <u>16-30227</u>
First Name  Middle Name  Last Name

_____ **Unsecured claim**

**8**
Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code
Contact _____
Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim  $_____

**9**
Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code
Contact _____
Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim  $_____

**10**
Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code
Contact _____
Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim  $_____

**11**
Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code
Contact _____
Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim  $_____

**12**
Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code
Contact _____
Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim  $_____

Debtor 1  __Dennis  Ray Johnson, II_____    Case number (if known) __16-30227_____
        First Name  Middle Name  Last Name

**Unsecured claim**

**13**
Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code

Contact _____
Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:           − $_____
       Unsecured claim                $_____

**14**
Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code

Contact _____
Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:           − $_____
       Unsecured claim                $_____

**15**
Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code

Contact _____
Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:           − $_____
       Unsecured claim                $_____

**16**
Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code

Contact _____
Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:           − $_____
       Unsecured claim                $_____

**17**
Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code

Contact _____
Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:           − $_____
       Unsecured claim                $_____

Debtor 1  Dennis Ray Johnson, II
        First Name   Middle Name   Last Name

Case number (if known) 16-30227

                                                                 Unsecured claim

**18**

Creditor's Name

Number   Street

City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
    Value of security:   – $_____
    Unsecured claim   $_____

**19**

Creditor's Name

Number   Street

City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
    Value of security:   – $_____
    Unsecured claim   $_____

**20**

Creditor's Name

Number   Street

City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
    Value of security:   – $_____
    Unsecured claim   $_____

**Part 2:   Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ _/s/_ _____
Signature of Debtor 1

Date 05 / 11 / 2016
    MM / DD / YYYY

✗ _____
Signature of Debtor 2

Date _____
    MM / DD / YYYY