IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGNIA (HUNT)

| | |
|---|---|
| IN RE:<br><br>DENNIS RAY JOHNSON, II, et al.<br><br>    Debtor-in-Possession. | Bankruptcy No. 3:16-bk-30227<br><br>Jointly administered<br>Chapter 11 |

### CERTIFICATE OF SERVICE

I, Joe M. Supple, counsel for the Chapter 11 Trustee, certify that on May 25, 2017, true copies of the following were served by this Court's CM/ECF system to all parties having registered in this case under the Court's CM/ECF system.

    (1) the **MOTION FOR ENTRY OF AN ORDER: (I) APPROVING SALE OF PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES; (II) ASSUMING AND ASSIGNING LEASES AND EXECUTORY CONTRACTS; AND (III) GRANTING RELATED RELIEF** (D.I. 527) (the "Motion"),

    (2) the **ORDER (I) APPROVING SALE OF PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES; (II) ASSUMING AND ASSIGNING LEASES AND EXECUTORY CONTRACTS; AND (III) GRANTING RELATED RELIEF** (D.I. 528) (the "Proposed Order"), and

    (3) the **NOTICE OF SALE OF PROPERTY AND ASSUMPTION AND ASSIGNMENT OF LEASES AND EXECUTORY CONTRACTS, OPPORTUNITY TO SUBMIT COMPETING BID, AND NOTICE OF SALE HEARING** (D.I. 527) (the "Notice," and collectively with the Proposed Order and the Motion, the "Sale Motion Documents")

**I further certify that on May 26, 2017, true copies of the Sale Motion Documents were served by U.S. Mail to:**

Jamie H. Adkins and
Sarah C Ellis
Steptoe & Johnson PLLC
P.O. Box 1588
Charleston, WV 25326-1588

1

Maurice K. Guinn
Gentry, Tipton & McLemore, P.C.
2300 Riverview Tower
900 S Gay Street - Suite 2300
Knoxville, TN 37902

Hoyer, Hoyer & Smith, PLLC
22 Capitol Street
Charleston, WV 25301

Lewis, Glasser, Casey & Rollins, LLP
P.O. Box 1746
Charleston, WV 25326

Taft A. McKinstry
Fowler Bell PLLC
300 W. Vine Street, Suite 600
Lexington, KY 40507

Offut Nord Burchett, PLLC
949 Third Avenue, Suite 300
Huntington, WV 25701

D. Carol Sasser
5040 Corporate Woods Drive
Suite 120
Virginia Beach, VA 23462

Whiteford, Taylor & Preston, LLP
500 Grant Street, Suite 2900
Pittsburgh, PA 15219

Dennis R. Johnson, II
P. O. Box 1067
Huntington, WV 25713

J.V. Energy Assets, LLC
c/o Dennis Johnson, Registered Agent
Box 15922 US 23 South
Catlettsburg, Kentucky   41129

Producer's Land-WV, LLC
c/o Dennis Johnson, II, Registered Agent
Box 15922 US 23 South

Catlettsburg, Kentucky 41129

**I further certify that on May 26, 2017, true copies of the Sale Motion Documents were served by U.S. Mail to the following Creditors, Lessors and Counterparties:**

Peoples Bank National Association
c/o Bernstein-Burkley, P.C.,
707 Grant St. Ste. 2200
Gulf Tower, Pittsburgh, PA 15219.

Community Trust Bank,
c/o Janet Smith Holbrook,
611 Third Avenue
Huntington, WV 25701.

Prater Creek Coal Corporation,
c/o Jared M. Tully
Frost Brown Todd LLC
500 Lee Street East, Suite 401
Charleston, WV 25301.

Caterpillar Financial Services Corporation,
c/o Brandy M. Rapp
Whiteford, Taylor & Preston, LLP
114 Market Street, Suite 210,
Roanoke, VA 24011.

West Virginia State Tax Department
PO Box 766
Charleston, WV 25323-0766.

MARCO Concrete Lifting, Inc.,
PO Box 1052,
1316 Porter Road
Cattletsburg, KY 41129.

First Surety Corporation
179 Summers Street, Suite 307
Charleston, WV 25301.

Agee, Michelle Radwan
4207 Boone's Grove Way
Louisville, KY 40299-7407

Goble, Sharon K.

P.O. Box 107,
Ivel, KY 41642

Hammond, Kristi Goble
P.O. Box 107,
Ivel, KY 41642

Hicks, Loretta
P.O. Box 123,
Ivel, KY 41642

Jefferson, Betty Jean
335 Koser Road,
Lititz, PA 17543

Keeton, John
725 Bailey Lane,
Winchester, KY 40391

Martin, John
1110 Tuscarawas Ave.,
New Philadelphia, OH 44663

Martin, Renee
37930 Westwood Circle Apt. 206
Westland, MI 48185

Radwan, Angela
1011 Vista Springs Way
Louisville, KY 40291

Radwan, Patty
6048 Sunnyslope,
Naples, FL 34119

Ratliff, Linda
1517 Versailles Road Apt A,
Lexington, KY 40503

Ratliff, Stacey Goble
P.O. Box 171
Ivel, KY 41642

Stratton, Anna B.
119 Vine St.
Pikeville, KY 41501

Stratton, Lloyd Kelly
24 Cedar Heights
Pikeville, KY 41501


Stratton, Wendell David c/o Kristina Stratton
P.O. Box 109
Ivel, KY 41501

Waun, Lorraine
235 Idle Hour Drive
Lexington, KY 40502

Welch, Annice Lee
P.O. Box 110,
Ivel, KY 41642

CSX Transportation RE
6737 Southpoint Drives
Jacksonville, FL 32216

Edwin Vinson, Z Taylor Vinson
and P&K Mines, LLC
c/o Richard Bolen, Esq.,
Dinsmore & Shohl LLP,
611 Third Avenue
Huntington, WV 25701

DB Coal Mining, LLC
c/o Jim Lewis
901 S. Second St.
Dodge City, KS 67801

Kansas Coal, LLC
c/o Jim Lewis
901 S. Second St.
Dodge City, KS 67801

DB Land, LLC
c/o Jim Lewis
901 S. Second St.,
Dodge City, KS 67801

Carbon Partners, Inc.
8880 Cedar Springs Lane, Suite 105
Knoxville, TN 37923.

Arch Coal Terminal, Inc.

c/o C T Corporation System
306 W Main St
Suite 512
Frankfort, KY 40601

**I further certify that a true copy of the Notice was served on May 26, 2017 by U.S. Mail to those individuals and entities on the attached mailing matrix.**

/s/ Joe M. Supple
Joe M. Supple (WV Bar #8013)
Supple Law Office, PLLC
801 Viand Street
Point Pleasant, WV 25550
304.675.6249
*Counsel for the Chapter 11 Trustee*

```
Label Matrix for local noticing            Ally                                        Ally Financial
0425-3                                     P.O. Box 380902                             PO Box 130424
Case 3:16-bk-30227                         Bloomington, MN  55438-0902                 Roseville MN 55113-0004
Southern District of West Virginia
Huntington
Thu May 25 00:50:06 EDT 2017

Appalachian Mining and Reclamation, L.L.C. (p)U S SECURITIES AND EXCHANGE COMMISSION   BrickStreet Mutual Insurance Company
P.O. Box 1051                              ATLANTA REG OFFICE AND REORG                400 Quarrier Steet
Catlettsburg, KY 41129-5051                950 E PACES FERRY RD NE STE 900             Charleston, WV 25301-2010
                                           ATLANTA GA 30326-1382


Brickstreet Insurance                      Kirk B Burkley                              Zachary B Burkons
400 Quarrier Street                        Bernstein-Burkley, P.C.                     Rent Due, LLC
Charleston, WV 25301-2010                  707 Grant St                                Keith Building
                                           Ste 2200                                    1621 Euclid Avenue
                                           Pittsburgh, PA 15219-1945                   Suite 408
                                                                                       Cleveland, OH 44115-2117

Joseph W. Caldwell                         W. Scott Campbell                           Case Dock, LLC
Caldwell & Riffee                          Samuel I White PC                           201 Raven Rock Fork Road
P. O. Box 4427                             601 Morris St                               Louisa, KY 41230
Charleston, WV 25364-4427                  Ste 400
                                           Charleston, WV 25301-1416


Caterpillar Financial                      Caterpillar Financial Services Corporation  Caterpillar Financial Services Corporation
2120 West End Ave.                         c/o Brandy M. Rapp, Esq.                    c/o Brandy M. Rapp, Esquire
Nashville, TN 37203-5341                   Whiteford, Taylor & Preston LLP             Whiteford, Taylor & Preston LLP
                                           114 Market Street, Suite 210                114 Market Street, Suite 210
                                           Roanoke, VA 24011-1443                      Roanoke, VA 24011-1443

Chase Bank                                 Chase Records Center                        City National Bank
P.O. Box 78420                             Attn: Correspondence Mail                   560 Fourth Street
Phoenix, AZ  85062-8420                    Mail Code LA4-5555                          St. Albans, WV 25177-2819
                                           700 Kansas Lane
                                           Monroe, LA 71203-4774

City National Bank                         City National Bank of West Virginia         Commonwealth of Kentucky Energy and Environm
P.O. Box 7077                              ATTN: Shelby L. Crouse, Vice President      Office of General Counsel
Cross Lanes, WV 25356-0077                 560 4th Street                              300 Sower Blvd.
                                           St. Albans, WV 25177-2819                   Third Floor
                                                                                       Frankfort, KY 40601-6571

(p)COMMUNITY TRUST BANK INC                DEP Division of Water for KY                DJWV1, LLC
346 NORTH MAYO TRAIL                       200 Fair Oaks Lane, 4th Floor               P.O. Box 1052
PIKESVILLE KY 41501-1492                   Frankfort, KY 40601-1134                    Catlettsburg, KY 41129-5052


DJWV2, LLC                                 David Wright et al                          Denise Johnson
1415 4th Avenue                            Richard A. Getty, Esquire                   P.O. Box 1067
Huntington, WV 25701-2492                  Getty Law Group, PLLC                       Huntington, WV 25713-1067
                                           1900 Lexington Financial Center
                                           250 West Main Street
                                           Lexington, KY 40507-1714

Dennis R. Johnson, Sr.                     Department of Environmental                 Department of Environmental
514 20th Street                            Protection (DEP) & DNR of KY                Protection (DEP) & DNR of KY
Huntington WV 25703-1511                   #2 Hudson Hollow                            3140 South Lake Drive
                                           Frankfort, KY 40601-4311                    Prestonsburg, KY 41653-1411
```

```
Department of Environmental            Department of Treasury                  Elkview Reclamation & Processing LLC
Protection (DEP) & DNR of WV           Internal Revenue Service                P.O. Box 1052
1101 George Kostas Drive               P O Box 7346                            Catlettsburg, KY 41129-5052
Logan, WV 25601-3483                   Philadelphia, Pa 19101-7346


Spencer D. Elliott                     Sarah Ellis                             Environmental Protection Agency (Region 3  W
Lewis, Glasser, Casey & Rollins PLLC   Steptoe & Johnson                       1650 Arch Street
P.O. Box 1746                          707 Virginia St E                       Philadelphia, PA 19103-2087
Charleston, WV 25326-1746              Ste 800
                                       Charleston, WV 25301-2715


Environmental Protection Agency Region 4  KY   Equifax                         Experian
Atlanta Federal Center                 Equifax                                 Experian
61 Forsyth Street S.W.                 P.O. Box 144717                         Profile Maintenance
Atlanta, GA 30303-8931                 Orlando, FL 32814-4717                  P.O. Box 9558
                                                                               Allen, TX 75013-9558


Federal Loan Servicing                 First Sentry Bank                       First Sentry Bank
P.O. Box 60610                         823 - 8th Street                        823 Eighth Street
Harrisburg, PA  17106-0610             Huntington, WV 25701-2801               Huntington, WV 25701-2801


First Surety Corporation               First Surety Corporation                Thomas H. Fluharty
179 Summers Street Suite 307           300 Summers Street, Suite 970           408 Lee Avenue
Charleston WV 25301-2131               Charleston, WV 25301-1631               Clarksburg, WV 26301-3638


Thomas H. Gilpin                       Green Coal, LLC                         Maurice K. Guinn
Dinsmore & Shohl LLP                   P.O. Box 1052                           Gentry, Tipton & McLemore, P.C.
611 3rd Avenue                         Catlettsburg, KY 41129-5052             2300 Riverview Tower
Huntington, WV 25701-1313                                                      900 S Gay Street - Suite 2300
                                                                               Knoxville, TN 37902-1861


Janet Smith Holbrook                   S Taylor Hood                           Josef A. Horter
611 Third Avenue                       949 third Avenue                        Bailey & Wyant, PLLC
Huntington, WV 25701-1313              Suite 300                               P.O. Box 3710
                                       PO Box 2868                             Charleston, WV 25337-3710
                                       Huntington, WV 25728-2868


Hoyer, Hoyer & Smith, PLLC             Hubble Mining Company, LLC              (p)INTERNAL REVENUE SERVICE
22 Capitol Street                      c/o Mickey T. Webster, Esquire          CENTRALIZED INSOLVENCY OPERATIONS
Charleston, WV 25301-2824              Wyatt, Tarrant & Combs, LLP             PO BOX 7346
                                       250 West Main Street, Suite 1600       PHILADELPHIA PA 19101-7346
                                       Lexington, KY 40507-1746


Internal Revenue Service               JPMorgan Chase Bank, National Association   James River Coal Sales, Inc.
P. O. Box 1040                         Chase Records Center                    901 East Byrd Street, Suite 1600
Stop 2202                              Attn: Correspondence Mail               Richmond, VA 23219-4529
Parkersburg, WV 26102                  Mail Code LA4-5555
                                       700 Kansas Lane
                                       Monroe, LA 71203-4774


Janet Griffiths                        Arnold J. Janicker                      Dennis Ray Johnson II
c/o Tracy D. Frye, Esquire              Jenkins Fenstermaker                   2730 Orchard Avenue
Frye Law Offices                       PO Box 2688                             Huntington, WV 25704-1325
404 Ferry Street                       Huntington, WV 25726-2688
Post Office Box 411
Russell, KY 41169-0411
```

Joint Venture Development, LLC
7201 State Route 168
Catlettsburg, KY 41129-8676

Elizabeth G. Kavitz
Kavitz Law PLLC
22 Capitol St.
2nd Floor
Charleston, WV 25301-2824

Kentucky Department of Revenue
Frankfort, KY 40619-0008

Gary O. Kinder
Kinder Law Office
2210 Washington St E
Charleston, WV 25311-2219

Travis A. Knobbe
707 Grant Street, Suite 2200
Pittsburgh, PA 15219-1945

James W. Lane Jr.
Flaherty Sensabaugh Bonasso
200 Capital Street
PO Box 3843
Charleston, WV 25338-3843

Lewis, Glasser, Casey & Rollins, LLP
P.O. Box 1746
Charleston, WV 25326-1746

MVB Bank, Inc.
1000 Johnson Ave.
Bridgeport, WV 26330-1350

MVB Bank, Inc.
400 Washington St E
Charleston, WV 25301-1509

MVB Bank, Inc., Attn: Louis Argento
400 Washington Street, East
Charleston, WV 25301-1509

Mark Pinson
101 Ridgwood Road
Huntington, WV 25701-4866

McGillycuddy's Inc.
c/o Brian D. Morrison, Esquire
Bailey & Wyant, PLLC
Post Office Box 3710
Charleston, WV 25337-3710

Taft A. McKinstry
Fowler Bell PLLC
300 W. Vine Street, Suite 600
Lexington, KY 40507-1660

Mercuria Energy Trading
c/o Warren J. Hoffman, Esquire
Frost, Brown & Todd, PLLC
Lexington Financial Center
250 West Main Street, Suite 2800
Lexington, KY 40507-1714

Moussie Processing LLC
Box 15992 US 23 South
Catlettsburg, KY 41129

Moussie Processing, LLC
P.O. Box 1052
Catlettsburg, KY 41129-5052

Johnie R Muncy
Samuel L White PC
1804 Staples Mill Rd
Ste 200
Richmond, VA 23230-3530

Offut Nord Burchett, PLLC
949 Third Avenue, Suite 300
Huntington, WV 25701-1451

Ohio Valley Bank
P.O. Box 240
Gallipolis, OH 45631-0240

Peoples Bank
P.O. Box 738
Marietta, OH 45750-0738

Peoples Bank, an Ohio banking corporation
c/o Kirk B. Burkley, Esq.
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200
Pittsburgh, PA 15219-1945

Producer's Coal, Inc.
P.O. Box 1051
Catlettsburg, KY 41129-5051

Producer's Land, LLC
P.O. Box 15992 U.S. 23 South
Catlettsburg, KY 41129

Brandy M Rapp
Whiteford Taylor & Preston LLP
114 Market Street
Suite 210
Roanoke, VA 24011-1443

Redbud Dock, LLC
PO Box 1051
Catlettsburg, KY 41129-5051

Michael J. Roeschenthaler
Whiteford Taylor & Preston LLP
500 Grant St
Ste 2900
Pittsburgh, PA 15219-2502

Sabbatical, Inc.
1415 4th Avenue
Huntington, WV 25701-2492

D. Carol Sasser
Samuel I. White P.C.
209 Business Park Drive
Virginia Beach, VA 23462-6586

D. Carol Sasser
5040 Corporate Woods Drive
Suite 120
Virginia Beach, VA 23462-4377

Lena Kai Seward
Commonwealth of Kentucky
Energy and Environment Cabinet
Office of the General Counsel
300 Sower Blvd 3rd Floor
Frankfort, KY 40601-6571

| | | |
|---|---|---|
| Shannon E. Daily<br>Hunton & Williams LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219-4074 | Sheriff of Cabell County West Virginia<br>750 5th Avenue, Suite 101<br>Huntington, WV 25701-2019 | Christopher S. Smith<br>Hoyer, Hoyer & Smith, PLLC<br>22 Capitol Street<br>Charleston, WV 25301-2824 |
| W. Bradley Sorrells<br>P.O. Box 1791<br>Charleston, WV 25326-1791 | Southern Marine Services Limited Liability C<br>1316 Porter Road<br>Catlettsburg, KY 41129-8773 | Southern Marine Terminal, LLC<br>1316 Porter Road<br>Catlettsburg, KY 41129-8773 |
| Ann R. Starcher<br>PO Box 1746<br>Charleston, WV 25326-1746 | Joe M. Supple<br>801 Viand Street<br>Point Pleasant, WV 25550-1238 | Supple Law Office, PLLC<br>801 Viand Street<br>Pt. Pleasant, WV 25550-1238 |
| Terex Financial Services<br>200 Nyala Farm Road<br>Westport, CT 06880 | The Little Kentucky Elk, LLC<br>P.O. Box 1052<br>Catlettsburg, KY 41129-5052 | The Ohio Valley Bank, Attn: Shelly Angel<br>420 Third Avenue<br>Gallipolis, OH 45631-1135 |
| Toyota Financial<br>P.O. Box 5855<br>Carol Stream, IL 60197-5855 | | |
| Steven L. Thomas<br>P.O. Box 2031<br>Charleston, WV 25327-2031 | Stephen L. Thompson<br>Barth & Thompson<br>PO Box 129<br>Charleston, WV 25321-0129 | Timothy P. Rosinsky, Esquire<br>641 6th Street<br>Huntington, WV 25701-2123 |
| Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | Trans Union Corporation<br>Trans Union Corporation<br>Attention: Public Records Dept.<br>555 West Adam St.<br>Chicago, IL 60661-3631 | United Bank<br>P.O. Box 2373<br>Charleston, WV 25328-2373 |
| United States Attorney<br>Southern District WV<br>P.O. Box 1713<br>Charleston, WV 25326-1713 | United States Trustee<br>2025 Robert C. Byrd U.S. Courthouse<br>300 Virginia Street, East<br>Charleston, WV 25301-2503 | J. Daniel Vorsteg<br>Whiteford Taylor Preston<br>7 Saint Paul Street<br>Baltimore, MD 21202-1697 |
| WV Department of Tax & Revenue<br>Bankruptcy Unit<br>P.O. Box 766<br>Charleston, WV 25323-0766 | WV Secretary of State<br>Attn: Business Division<br>State Capital Bldg. 1, Suite 157k<br>Charleston, WV 25305 | WV State Tax Department<br>Post Office Box 3694<br>Charleston, West Virginia 25336-3694 |
| Wells Fargo<br>420 Montgomery Street<br>San Francisco, CA 94104-1298 | Debra A. Wertman<br>300 Virginia St., E.<br>Suite 2025<br>Charleston, WV 25301-2535 | West Virginia State Tax Department<br>Bankruptcy Unit<br>P.O. Box 766<br>Charleston, WV 25323-0766 |
| Whiteford, Taylor & Preston, LLP<br>500 Grant Street, Suite 2900<br>Pittsburgh, PA 15219-2502 | Eric M. Wilson<br>WV State Tax Dept<br>1001 Lee St E.<br>Charleston, WV 25301-1725 | Yamaha Motor Finance Corp<br>3362 Momentum Place<br>Chicago, IL 60689-0001 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Branch of Reorganization  
Atlanta Regional Office  
U.S. Securities and Exchange Commission  
Suite 1000, 3475 Lenox Rd, NE  
Atlanta, GA 30326-1232

Community Trust Bank, Inc.  
P.O. Box 2947  
Pikeville, KY  41502-2947

Internal Revenue Service  
P. O. Box 21126  
Philadelphia, PA 19114

(d)Internal Revenue Service  
Cincinnati, OH  45999-0039

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)User Bench

(u)C2C Realty, LLC

(u)Carbon Partners, Inc.

(u)Community Trust Bank, Inc.

(u)Bob Craycraft

(u)First Sentry Bank, a West Virginia banking

(u)First Surety Corporation

(d)First Surety Corporation  
300 Summers Street, Suite 970  
Charleston, WV 25301-1631

(d)Thomas H. Fluharty  
408 Lee Avenue  
Clarksburg, WV 26301-3638

(u)Fossil Coal,LLC

(u)JP Morgan Chase Bank, NA

(u)JPMorgan Chase

(u)JPMorgan Chase Bank, N.A.

(u)JPMorgan Chase Bank, National Association

(d)James River Coal Sales, Inc.  
901 East Byrd Street, Suite 1600  
Richmond, VA 23219-4529

(u)Denise Johnson

(u)Dennis Johnson

(d)Dennis R Johnson Sr.  
514 20th Street  
Huntington, WV 25703-1511

(u)McGillycuddy's, Inc.

(u)Peoples Bank
c/o Kirk B. Burkley, Esquire
Arch W. Riley, Jr., Esquire
BERNSTEIN-BURKLEY, P.C.
Suite 2200 Gulf Tower
707 Grant Street

(u)Wayne County Land and Mineral Company

End of Label Matrix
Mailable recipients    119
Bypassed recipients     21
Total                  140