**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

In Re:  Johnson, Dennis Ray, II, et al                    Case No.: 16-30227
                                                                                    Chapter 11

                        Debtor

### **REPORT OF SALE**

DATE OF SALE:                           June 23, 2017

TYPE OF SALE:                           Public Sale

PROPERTY SOLD:                     See Attachments

PURCHASER:      Stella Natural Resources, Inc., P.O. Box 2207, Huntington,
 WV 25722-2207

PRICE:                           $4,201,330.00

SALES AGENT, AUCTIONEER, BROKER, ETC.:               N.A.

COMMISSION PAID ON SALE:                     N.A.

EXPENSES OF SALE:                           N.A.

DEBTOR'S EXEMPTION:                     Not applicable

LIENS PAID FROM SALE PROCEEDS/ATTACHING TO PROCEEDS:  Peoples
 Bank $2,670,000.00; Prater Creek Coal Corp $825,000.00; Community Trust Bank
 $201,330.00; First Sentry Bank $20,000.00.

NET TO ESTATE:                     $485,000.00

AMOUNT DISBURSED AT CLOSING:               $3,716,330.00

TRUSTEE'S COMPENSATION:               $149,289.90

Date: _____February 13_____, 2018

_____/s/ Thomas H. Fluharty_____
Thomas H. Fluharty, Trustee
WV Bar No.: 1231

_____408 Lee Avenue_____
Address

_____Clarksburg, West Virginia 26301_____

_____304-624-7832_____
Telephone

## Schedule 2.1(a)
## Permits

| DNR # | PERMITTEE | PREVIOUS PERMITTEE | PREVIOUS DNR # | MINE NAME |
|---|---|---|---|---|
| EM75 | DJWV2, LLC | SPARTAN MINING, LLC | EM75 | STONECOAL |
| P727 | DJWV2, LLC | SPARTAN MINING, LLC | P727 | STONECOAL PREP |
| U500507 | DJWV1, LLC | DB COAL MINING, LLC | U500507 | LOGAN /SNAP BRANCH |
| U00500507A | Appalachian Mining and Reclamation, LLC – Ventilation Permit | | | LOGAN /SNAP BRANCH |
| Mine # 1 – 46-09383 | Appalachian Mining and Reclamation, LLC – US Mine Safety and Health – Roof Control Plan - January 27, 2015 | | | LOGAN/SNAP BRANCH |
| 836-0432 | ELKVIEW RECLAMATION & PROCESSING, LLC | PRATER CREEK COAL | 836-8058 Prater | IVEL PREP PLANT |
| 836-9024 | Elkview Reclamation & Processing, LLC – Surface Mining and Reclamation Ops Permit Expiring 8.18.16 (MUST BE RENEWED) | | | IVEL PREP |
| KYGO43177 | Elkview Reclamation & Processing, LLC – Water – Pond Addition for Treatment 10.10.12 | | | IVEL PREP |
| #1369 – APE20040001 | Elkview Reclamation & Processing, LLC - Water Withdrawal | Lodestar Energy Stratton | KY0059366 | IVEL PREP |
| S-10-124 – APE20100002 | Elkview Reclamation & Processing, LLC - Air Quality Permit | | | IVEL PREP |

<u>Permits in Process of Transfer December 2015</u>

| DNR # | PERMITTEE | TRANSFER TO | NEW DNR # | MINE NAME |
|---|---|---|---|---|
| 836-8057 | Elkview Reclamation & Processing, LLC | ELKVIEW RECLAMATION & PROCESSING, LLC | 836-0431 | IVEL PREP PLANT |
| 836-9024 | Elkview Reclamation & Processing, LLC | ELKVIEW RECLAMATION & PROCESSING, LLC | 836-0433 | IVEL REFUSE |

And any successors to these permits.

6

## Schedule 2.1(b)
## Leases and Related Agreements

## LEASE 1

Consent to Assignment (J. K. Stratton Heirs), dated as of June 23, 2014, by and between Michele Radwan Agee and Rob Agee, Marvin Martin and Renee Martin, Angela Radwan, Patty Radwan and Nelson Radwan, Anna B. Stratton, Stacy Goble Ratliff and Barry Ratliff, Lloyd Kelly Stratton and Tammy Stratton, Kristina Marie Stratton, Linda Ratliff and Glen Dale Ratliff, Lora Jean Stratton, Sharon K. Goble and Paul Goble, Lorraine Waun and Bill Waun, Kristi Goble Hammond and Dean Hammond, Annice Lee Welch and Robert Welch, Loretta Hicks and Douglas Hicks, John Keeton and Eileen Keeton, Betty Jean Jefferson and William F. Jefferson, Jonathan Martin, and **Prater Creek Coal Corporation**

The J.K Stratton Lease Dated June 23rd, 2014 and all terms enjoined through prior leases supplanted and/or superceded by this agreement

Counterparty contact information:

| Owners | Address |
|---|---|
| Agee, Michelle Radwan | 4207 Boone's Grove Way  Louisville, Ky. 40299-7407 |
| Goble, Sharon K. | P.O. Box 107, Ivel, Ky. 41642 |
| Hammond, Kristi Goble | P.O. Box 107, Ivel, Ky. 41642 |
| Hicks, Loretta | P.O. Box 123, Ivel Ky. 41642 |
| Jefferson, Betty Jean | 335 Koser Road Lititz, Pa. 17543 |
| Keeton, John | 725 Bailey Lane, Winchester, Ky. 40391 |
| Martin, John | 1110 Tuscarawas Ave., New Philadelphia, Ohio 44663 |
| Martin, Renee | 37930 Westwood Circle Apt. 206, Westland, Mich. 48185 |
| Radwan, Angela | 1011 Vista Springs Way Louisville, Ky. 40291 |
| Radwan, Patty | 6048 Sunnyslope Naples, Florida 34119 |
| Ratliff, Linda | 1517 Versailles Road  Apt A Lexington, Ky. 40503 |
| Ratliff, Stacey Goble | P.O. Box 171, Ivel, Ky. 41642 |
| Stratton, Anna B. | 119 Vine St. Pikeville, Ky. 41501 |
| Stratton, Lloyd Kelly | 24 Cedar Heights, Pikeville, Ky. 41501 |
| Stratton, Wendell David c/o Kristina Stratton | P.O. 109, Ivel, Ky. 41501 |
| Waun, Lorraine | 235 Idle Hour Drive, Lexington, Ky. 40502 |
| Welch, Annice Lee | P.O. 110, Ivel, Ky. 41642 |

## LEASE 2

The leases evidenced by that certain Memorandum of Lease between Windell E. Stratton, et al., lessors, and **Prater Creek Coal Corporation**, lessee, dated April 24, 2006, and recorded in Lease Book 523, Page 629, in the Office of the Floyd County Clerk, as amended by (i) that

certain unrecorded Amendment to Lease (J.K. Stratton Heirs) between Michele Radwan Agee, et al., lessors, and Prater Creek Coal Corporation, lessee, dated March 4, 2014, and (ii) that certain unrecorded Amendment to Lease (J.K. Stratton Heirs) between Michele Radwan Agee, et al., lessors, and Prater Creek Coal Corporation, lessee, dated June 23, 2014, the latter of which granted the lessee therein the right to extend the term of the lease to December 1, 2035.

and all terms enjoined through prior leases supplanted and/or superceded by this agreement

Counterparty contact information:

| Owners | Address |
|---|---|
| Agee, Michelle Radwan | 4207 Boone's Grove Way  Louisville, Ky. 40299-7407 |
| Goble, Sharon K. | P.O. Box 107, Ivel, Ky. 41642 |
| Hammond, Kristi Goble | P.O. Box 107, Ivel, Ky. 41642 |
| Hicks, Loretta | P.O. Box 123, Ivel Ky. 41642 |
| Jefferson, Betty Jean | 335 Koser Road Lititz, Pa. 17543 |
| Keeton, John | 725 Bailey Lane, Winchester, Ky. 40391 |
| Martin, John | 1110 Tuscarawas Ave., New Philadelphia, Ohio 44663 |
| Martin, Renee | 37930 Westwood Circle Apt. 206, Westland, Mich. 48185 |
| Radwan, Angela | 1011 Vista Springs Way Louisville, Ky. 40291 |
| Radwan, Patty | 6048 Sunnyslope Naples, Florida 34119 |
| Ratliff, Linda | 1517 Versailles Road  Apt A Lexington, Ky. 40503 |
| Ratliff, Stacey Goble | P.O. Box 171, Ivel, Ky. 41642 |
| Stratton, Anna B. | 119 Vine St. Pikeville, Ky. 41501 |
| Stratton, Lloyd Kelly | 24 Cedar Heights, Pikeville, Ky. 41501 |
| Stratton, Wendell David c/o Kristina Stratton | P.O. 109, Ivel, Ky. 41501 |
| Waun, Lorraine | 235 Idle Hour Drive, Lexington, Ky. 40502 |
| Welch, Annice Lee | P.O. 110, Ivel, Ky. 41642 |

## LEASE 3

The easement evidenced by that certain Memorandum of Easement between Windell E. Stratton and Lora Jean Stratton, grantors, and **Prater Creek Coal Corporation**, grantee, dated April 24, 2006, and recorded in Book 523, Page 619, in the Office of the Floyd County Clerk.

Counterparty contact information:

| | |
|---|---|
| **Welch, Annice Lee** | P.O. Box 110, Ivel, KY. 41642 |
| **Hicks, Loretta** | P.O. Box 123, Ivel, KY. 41642 |
| **Stratton, Wendell David c/o Kristina Stratton** | P.O. Box 109, Ivel, KY. 41642 |

8

## LEASE 4

Three CSX Agreements:

(1) Unrecorded Private Sidetrack Agreement dated May 8, 1995, between CSX Transportation, Inc., and **Prater Creek Coal Company**.

> *(Grantor is Prater Creek Coal Company, Inc, which transferred interest to* ***Southern Marine Terminal, LLC****; Grantee is CSX Transportation)*

(2) Unrecorded Land Lease dated April 1, 1993, between CSX Transportation, Inc., and Costain Coal Company.

> *(Grantor is CSX; Grantee is **Southern Marine Terminal, LLC**)*

(3) Unrecorded Agreement dated December 1, 1967, between Chesapeake and Ohio Railway Company and Greer-Ellison coal Company.

> *(Parties are **Southern Marine Terminal, LLC** and CSX)*

Contact information:

CSX Transportation RE
6737 Southpoint Drives
Jacksonville, FL 32216

## LEASE 5

Coal Lease/Deed of Lease dated November 29, 2005, by and between The Vinson Trust (by Edwin N. Vinson as agent for Edwin N. Vinson, Z. Taylor Vinson, Betty Jane V. Helander, Robert C. Helander and Mary Blair V. Chapuisat), The Robert Cameron Thompson Trust, Edward N Vinson (as attorney in fact for Mildred W. Barclay, The Jack R. Peck Estate, Thelma M. Turner, Janet E. Rapozo, Charles L. Ewing, Martha V. Ewing, Jerri E. Sullivan and Christopher F. Sullivan) (Lessors) and P & K Mines, LLC (Lessee)

**Producers Land-WV, LLC** is the Lessee.

Counterparty Contact Information:

| | |
|---|---|
| Richard Bolen C/O Edwin Vinson, Z Taylor Vinson and P & K Mines, LLC<br>Legal Counsel<br>Dinsmore & Shohl LLP<br>611 Third Avenue | Jim Lewis<br>DB Coal Mining, LLC<br>901 S Second St.<br>Dodge City, KS  67801 |

9

Huntington, WV 25701

Jim Lewis
Kansas Coal, LLC
901 S Second St.
Dodge City, KS  67801

Jim Lewis
DB Land, LLC
901 S Second St.
Dodge City, KS  67801

Kirk B. Burkley, Esquire, C/O Peoples Bank, Inc
Bernstein-Burkley, P.C.
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

## LEASE 6

Amendment of Lease dated November 15, 2013 *AND* Consent to Assignment and Agreement dated November 15, 2013, by and among Edwin N. Vinson individually and as Attorney in Fact for Betty Jane V. Helander, Robert C. Helander, Mary Blair V. Chapuisat, The Jack R. Peck Estate, Thelma M. Turner, Janet E. Rapozo, Charles L. Ewing, Martha V. Ewing, Jerri E. Sullivan and Christopher F. Sullivan, Taylor V. Ruggles, Jane Harvie Ruggles, Diane C. Helander, Alexander C. Helander, Nicholas C. Helander, James T. Vinson, Blair V. Morse, Edwin N. Vinson, Jr., Charles Watkins and the Trustee of The Robert Cameron Thompson Trust (Lessors) and DB Coal Mining LLC (assignor) and **Producer's Land-WV, LLC** (Lessee and assignee)

Counterparty Contact Information:

Richard Bolen C/O Edwin Vinson, Z Taylor Vinson
and P & K Mines, LLC
Legal Counsel
Dinsmore & Shohl LLP
611 Third Avenue
Huntington, WV 25701

Jim Lewis
DB Coal Mining, LLC
901 S Second St.
Dodge City, KS 67801

Jim Lewis
Kansas Coal, LLC
901 S Second St.
Dodge City, KS  67801

Jim Lewis
DB Land, LLC
901 S Second St.
Dodge City, KS  67801

Kirk B. Burkley, Esquire, C/O Peoples Bank, Inc
Bernstein-Burkley, P.C.
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

10

**Schedule 2.1(c)**
**Contracts**

## SOUTHERN MARINE TERMINAL, LLC

Right of first refusal contract between Southern Marine Terminal, LLC ("SMT") and Carbon Partners, Inc., under which SMT has the right to satisfy all of buyer's requirements of Carbon Partners, Inc.

## STONE COAL

**All rights title and interest of Buyer under:**

Purchase and Sale Agreement dated December 20, 2013 between Producer's Land, LLC (Buyer) and Vantage Mining and Spartan Mining Company (Sellers) (Victory Mine /Permits) and related Special Warranty Deed from Vantage Mining Company to Producer's Land, LLC recorded January 6, 2014 as Instrument No. 3130470360 with Wayne County WV Recorder.

## IVEL PREP PLANT CONTRACTS

All rights, title and interest of Purchasers under:

THIS ASSET PURCHASE AGREEMENT (the "Agreement") is made and entered into this the _11th_ day of _August_, 2014, by and between Prater Creek Coal Corporation, a Kentucky corporation, having an address of 750 Town Mountain Road, Pikeville, Kentucky 41501 ("Prater Creek"), Appalachian Land Company, a Kentucky corporation, having an address of 750 Town Mountain Road, Pikeville, Kentucky 41501 ("Appalachian"), J.V. Energy Assets, LLC, a Kentucky limited liability company, having an address of 1316 Porter Road, Catlettsburg, Kentucky 41129 ("J.V."), Elkview Coal, LLC, a Kentucky limited liability company, having an address of 170 C & O Road, Ivel, Kentucky  41642 ("Elkview Coal"), Elkview Reclamation & Processing, LLC, a Kentucky limited liability company, having an address of  170 C & O Road, Ivel, Kentucky  41642 ("Elkview"), and Southern Marine Terminal, LLC, a Kentucky limited liability company, having an address of 1316 Porter Road, Catlettsburg, Kentucky 41129 ("Southern Marine").  Prater Creek and Appalachian may collectively be referred to herein as the "Sellers", and each individually as a "Seller".  J.V., Elkview Coal, Elkview, and Southern Marine may collectively be referred to herein as the "Purchasers", and each individually as a "Purchaser".

Interim Operator Agreement, dated as of August 11, 2014, by and between Prater Creek Coal Company, J. V. Energy Assets, LLC and Elkview Reclamation & Processing, LLC

Permit Transfer Agreement, dated as of August 11, 2014, by and between Prater Creek Coal Corporation and Elkview Reclamation & Processing, LLC

11

Agreement [regarding personnel, material, equipment and supplies for operation of Ivel Plant] dated as of August 15, 2014, by and between Southern Marine Terminal, LLC and Appalachian Mining and Reclamation, LLC

Agreement, dated as of August 15, 2014, by and between Elkview Mining and Processing, LLC and Appalachian Mining and Reclamation, LLC (Refuse Storage Agreement)

Equipment Lease, dated as of August 15, 2014, by and between Redbud Dock, LLC and Appalachian Mining and Reclamation, LLC

Bill of Sale, Assignment and Assumption Agreement dated August 11, 2014 from Prater Creek Coal Corporation to J.V. Energy Assets, LLC

Termination of Coal Loading Facilities Sublease Agreement dated August 11, 2014 between Prater Creek Coal Corp and Southern Marine Terminal, LLC of Coal Loading Facilities Sublease dated December 1, 2012

Assignment and Assumption of Leases (with Retained Overriding Royalty) between Prater Creek Coal Corp (Seller) and Southern Marine Terminal, LLC (Purchaser)

12

**Schedule 2.1(d)**

### Fee Simple Real Property

The following real property in fee simple, which is described in the Special Warranty Deed by and between Vantage Mining Company and Producer's Land, LLC and recorded in the Wayne County, West Virginia clerk's office at Book 695, Page 407 on January 6, 2014:

21 acres surface of Briggs Branch - Map 41, District 8 – Lincoln, parcel 00750000;

.25 acres surface of Stonecoal – Map 43, District 8 – Lincoln, parcel 00010000;

3.75 acres surface of Stonecoal minus 2,600 sq/ft – Map 43, District 8 – Lincoln, parcel 00030000;

.25 acres surface of Stonecoal – Map 43, District 8 – Lincoln, parcel 00370000; and,

324.25 acres coal 12 pole – Map 9999, District 8 – Lincoln, parcel 00000420.

Such tracts are further described as follows:

13

## TRACT 1

The surface only of all that certain parcel or lot of land lying and being in the District of Lincoln, Wayne County, West Virginia, and being between the Norfolk & Western Railway and the County Road and more specifically bounded and described as follows:

BEGINNING at a small elm, at the west side of the County Road; thence running a straight line west to an iron stake at the line of the right-of-way of the Norfolk & Western Railway Company's land; thence running north with said line of right-of-way to a point where it intersects with the County Road right-of-way; thence running in a southeastern direction with said County Road right-of-way to an elm, the BEGINNING corner, containing ONE-FOURTH (1/4) ACRE, more or less.

## TRACT 2

The surface only of all that certain parcel or lot of land situated on Bridge Branch (sometimes known as Briggs Branch) of Tug River, in Lincoln District, Wayne County, West Virginia, and bounded and described as follows:

BEGINNING at a small black oak on a point N 9-3/4 E 37 poles to a black oak on a high knob; N 56 E 12 poles to a large chestnut oak on a point by rocks, N 12 E 12-1/2 poles to a bunch of chestnut sprouts; N 33 E 8 poles to a black oak on a ridge; N 80 E 38 poles to a white oak in a gap; N 84-1/2 E 16 poles to a hickory; N 67 E 16 poles to two (2) small dogwoods; S 87 E 25 poles to a large drooping white oak; S 84-1/2 E 20 poles to a chestnut on a hillside; S 49-1/2 W 9 poles to a hickory and black oak on a ridge and corner to 108 acre survey made for Joseph Marcum and with his line of the same S 67 W 155 poles to the BEGINNING, containing twenty-one (21) acres, being the same more or less.

## TRACT 3

The surface only of all that certain piece or parcel of real estate lying at or in the vicinity of Stonecoal Creek in Lincoln District, Wayne County, West Virginia, and being more particularly described as follows:

BEGINNING on an elm in the lane in the dividing line between said tract or parcel hereby conveyed and U. G. Marcum about 150 yards up Stonecoal Creek from the mouth; thence running N.W. to a stake on the property line of the N&W R.R. line; thence with said line below the residence now or formerly occupied by Sadie

14

Wallace for enough to give yard on the north side of residence to a cherry tree; thence with the line of fence running north 100 feet; thence running up the point a straight line to the dividing line between William Meade and U. G. Marcum to a black oak; thence south with said dividing line to an elm; thence S.W. still with said dividing line to the BEGINNING, containing about four (4) acres, be the same more or less.

### TRACT 4

The surface only of all that certain parcel or lot of land lying and being situated on the Mudlick Fork of Jennies Creek in Lincoln District, Wayne County, West Virginia described as follows:

BEGINNING at an iron pin in Mudlick Branch, said point designated as CORNER A; thence running away from said Mudlick Branch and across the bottom and up the hill S 15° 00' W 255 feet to an iron pin designated CORNER B; thence turning to the left and running S 75° 00' E 575 feet to an iron pin designated CORNER C; thence running N 32° 30' E 200 feet to a point; thence running N 20° 30' W 167.07 feet to an iron pin in Mudlick Branch designated CORNER D; thence N 79° 10' W 134.79 feet to a point; thence N 83° 25' W 250.55 feet to the aforesaid iron pin at designated CORNER A, the place of BEGINNING, containing 3.95 acres, more or less.

### TRACT 5

All that certain parcel of real estate on Uncle Billy's Branch of Jennies Creek in Lincoln District, Wayne County, West Virginia, described on the 2013 Land Books as "34.25 Coal 12 Pole" which is bounded and described as follows:

BEGINNING at a fallen beech on the South side of Jennie's Creek about 1/8 of a mile above the mouth of Old Fork and on the upper side of the road on the South side, S 65° 42' W 49-3/5 rods to a hub on a point near what was formally Hiram Prince's house, where a beech stood (long ago destroyed) above the mouth of Uncle Billy's Branch, S 33° 18' E 41-3/5 rods to gum (cut down) on a Southwest hillside, stump yet sound, S 23° 18' E 36 rods to two beeches on a Southwest hillside near the turn of the point (both beeches are down) (marked three small white oaks and a dogwood), N 85° 42' E 100 rods, crossing the ridge to a stake on a North hillside, North of the head of a ravine (Marked a small ash, hickory and red beech standing in triangular form about the hub) N 48° 20' W 123 rods to the BEGINNING, containing about 34-1/4 acres, more or less.

Tracts 1 - 5 and the agreements and right of ways hereby conveyed being the same property conveyed to Biltmore Coal Company by the Biltmore Deed. Biltmore Coal Company changed its name to Vantage Mining Company, the named Grantor herein.

15

**Schedule 2.1(e)**
**Coal Inventory**

Stockpiles at Ivel Prep Plant

16

## Schedule 2.1(f)
## Equipment

| IVEL WASHPLANT INFRASTRUCTURE | | | |
|---|---|---|---|
| Item # | Quantity | Description | Lien Holder |
| 1 | One (1) | Coarse Coal Circuit (6" x 1/4") | |
| 1.1 | Two (2) | Inclined DD AC Raw Coal Screens (8' W x 20' L) | Prater Creek Coal |
| 1.2 | Two (2) | Horizontal DD AC Pre-West Screens (8' W x 12' L) | Prater Creek Coal |
| 1.3 | One (1) | Daniels HMS Vessel (22' x 48') | Prater Creek Coal |
| 1.4 | Two (2) | Clean Coal Fixed Sieves | Prater Creek Coal |
| 1.5 | Two (2) | Horizontal DD Tabor Clean D&R Screens (8' W x 16' L) | Prater Creek Coal |
| 1.6 | One (1) | Horizontal DD Tabor Refuse D&R Screen (6' W x 16' L) | Prater Creek Coal |
| 1.7 | One (1) | Nuclear Density Gauge | Prater Creek Coal |
| 1.8 | One (1) | Splitter Box | Prater Creek Coal |
| 1.9 | Two (2) | CMI VC-48 Coarse Clean Coal Centrifuges - (Not in Use) | Prater Creek Coal |
| 1.10 | One (1) | Coarse Clean Coal Crusher | Prater Creek Coal |
| 1.11 | One (1) | Milmax Pump (14 x 12), 250 HP for HMS Vessel | Prater Creek Coal |
| 1.12 | One (1) | HMS Sump & Controls | Prater Creek Coal |
| 1.13 | Two (2) | Magnetic Separators (30" Diameter x 10' L) - (Common to both HMS Circuits | Prater Creek Coal |
| 1.14 | Two (2) | Magnetic Separators (30" Diameter x 8' L) | Prater Creek Coal |
| 1.15 | One (1) | Diverter Media Box | Prater Creek Coal |
| | | | |
| Item # | Quantity | Description | Lien Holder |
| 2 | One (1) | Coarse Coal Circuit (6" x 1/4") | |
| 2.1 | One (1) | Magnetite Bin (30 Ton) and Feeder | Prater Creek Coal |
| 2.2 | One (1) | HM Cyclone Sump | Prater Creek Coal |
| 2.3 | One (1) | Millmax Pump (8 x 6), 125 HP for Cyclone | Prater Creek Coal |
| 2.4 | One (1) | Nuclear Density Gauge | Prater Creek Coal |
| 2.5 | One (1) | Clean-up Sump and Grundfos Pump (4 x 2) | Prater Creek Coal |
| 2.6 | One (1) | R&S HM Cyclone (28" Diameter) | Prater Creek Coal |
| 2.7 | Two (2) | Connweld Sieve Bends (5' W x 30" R x 60") | Prater Creek Coal |
| 2.8 | One (1) | ConnweldHorizontal SD Refuse D&R Screen (6' W x 16' L) | Prater Creek Coal |
| 2.9 | One (1) | ConnweldHorizontal SD Clean Coal D&R Screen (6' W x 16' L) | Prater Creek Coal |
| 2.10 | One (1) | Diverter Media Box | Prater Creek Coal |
| 2.11 | One (1) | CMI EBR-40 (Modified) Centrifuge | Prater Creek Coal |
| 2.12 | One (1) | Dilute Media Sump | Prater Creek Coal |
| 2.13 | One (1) | Milmax Dilute Media Pump (8 x 6), 100 HP | Prater Creek Coal |
| | | | |

17

| Item # | Quantity | Description | Lien Holder |
|---|---|---|---|
| 3 | One (1) | **Fine Coal Circuit (1MM x 100 Mesh)** | |
| 3.1 | One (1) | Raw Coal Sump | Prater Creek Coal |
| 3.2 | One (1) | Millmax Raw Coal Pump (8 x 6), 150 HP | Prater Creek Coal |
| 3.3 | One (1) | Spiral Feed Distributor | Prater Creek Coal |
| 3.4 | One (1) | Bank of Four (4) Kerbs Classifying Cyclones (15") | Prater Creek Coal |
| 3.5 | One (1) | Spiral Level Control Box | Prater Creek Coal |
| 3.6 | One (1) | Bank of Eight (8) Double Start Spirals | Prater Creek Coal |
| 3.7 | One (1) | Connweld Sieve Bends (6' W x 45" x 80" R) | Prater Creek Coal |
| 3.8 | One (1) | Connweld High Frequency Fine Refuse Screen (3' W x 10') | Prater Creek Coal |
| | | | |
| Item # | Quantity | Description | Lien Holder |
| 4 | One (1) | **Fine Refuse Circuit (100 Mesh x 0)** | |
| 4.1 | Two (2) | Phoenix Belt Presses (3 M) | Prater Creek Coal |
| 4.2 | Lot | Floc & Caustic Tanks, Pumps, etc | Prater Creek Coal |
| 4.3 | One (1) | Nuclear Density Gauge | Prater Creek Coal |
| 4.4 | One (1) | Distributor | Prater Creek Coal |
| 4.5 | One (1) | Kill Box for Thickener | Prater Creek Coal |
| 4.6 | One (1) | Steel Thickener with Rakes and Mechanism (70' Diameter x 12' Deep) | Prater Creek Coal |
| 4.7 | One (1) | Clarified Water Sump | Prater Creek Coal |
| 4.8 | One (1) | Millmax Thickener Underflow Pump (4 x 3), 50 HP | Prater Creek Coal |
| 4.9 | One (1) | Millmax Clarified Water Pump (10 x 8), 200 HP | Prater Creek Coal |
| 4.10 | One (1) | Spray Water Pump for Belt Press | Prater Creek Coal |
| 4.11 | One (1) | Fresh Water River Pump & Piping | Prater Creek Coal |
| | | | |
| Item # | Quantity | Description | Lien Holder |
| 5 | | **Miscellaneous Equipment** | |
| 5.1 | One (1) | Plant PLC Controls | Prater Creek Coal |
| 5.2 | Lot | MCC Centers | Prater Creek Coal |
| 5.3 | One (1) | Gundlach Stoker Crusher (24") | Prater Creek Coal |
| 5.4 | Lot | Welder, Small Tools, etc | Prater Creek Coal |
| 5.5 | One (1) | Plant Air Compressor | Prater Creek Coal |
| 5.6 | Lot | Plant Electricals | Prater Creek Coal |
| | | | |
| Item # | Quantity | Description | Lien Holder |
| 6 | | **Materials Handling Equipment** | |
| 6.1 | One (1) | Plant Crusher Feed Conveyor (36" W x 75' L) | Prater Creek Coal |
| 6.2 | One (1) | Plant Feed Conveyor (36" W x 250' L) | Prater Creek Coal |
| 6.3 | One (1) | Mud Conveyor (30" W x 80' L) | Prater Creek Coal |
| 6.4 | One (1) | Stoker Transfer Conveyor (24" W x 20' L) | Prater Creek Coal |

18

| 6.5 | One (1) | Stoker Stacking Conveyor (24" W x 90' L) | Prater Creek Coal |
|---|---|---|---|
| 6.6 | One (1) | Clean Coal Collecting Conveyor (36" W x 150' L) | Prater Creek Coal |
| 6.7 | One (1) | Clean Coal Transfer Conveyor (42" W x 100' L) | Prater Creek Coal |
| 6.8 | One (1) | No. 4 Stacking Conveyor (36" W x 456' L) | Prater Creek Coal |
| 6.9 | One (1) | No. 4 to No. 3 Transfer Conveyor (42" W x 160' L) | Prater Creek Coal |
| 6.10 | One (1) | No. 2 to No. 3 Transfer Conveyor (42" W x 160' L) | Prater Creek Coal |
| 6.11 | One (1) | No. 2 to No. 1 Transfer Conveyor (42" W x 160' L) | Prater Creek Coal |
| 6.12 | One (1) | Direct Shipped Crusher Feed Conveyor (42" W x 95' L) | Prater Creek Coal |
| 6.13 | One (1) | No. 2 Stacking Conveyor (42" W x 240' L) | Prater Creek Coal |
| 6.14 | One (1) | Tunnel Conveyor (60" W x 825' L) | Prater Creek Coal |
| 6.15 | One (1) | Tunnel Transfer Point | Prater Creek Coal |
| 6.16 | One (1) | Load Out Conveyor (60" W x 300' L) | Prater Creek Coal |
| 6.17 | One (1) | Stacking Tube No. 1 (Approximately 12' sq x 60' H) | Prater Creek Coal |
| 6.18 | One (1) | Stacking Tube No. 2 (Approximately 12' sq x 70' H) | Prater Creek Coal |
| 6.19 | One (1) | Stacking Tube No. 3 (Approximately 12' sq x 70' H) | Prater Creek Coal |
| 6.20 | One (1) | Stacking Tube No. 4 (Approximately 12' sq x 80' H) | Prater Creek Coal |
| 6.21 | One (1) | Tunnel (12' W x 14' H x 80' L) | Prater Creek Coal |
| 6.22 | One (1) | Plant Feed Bin (Approximately 75 Ton) | Prater Creek Coal |
| 6.23 | One (1) | Jeffrey Hammermill Crusher & Structure (48") | Prater Creek Coal |
| 6.24 | One (1) | Refuse Bin & Feeder (100 Ton) | Prater Creek Coal |
| 6.25 | One (1) | Mud Bin & Feeder Structure (100 Ton) | Prater Creek Coal |
| 6.26 | One (1) | Johnson Truck Sampler | Prater Creek Coal |
| 6.27 | One (1) | Thurman Truck Scale (150 Ton) | Prater Creek Coal |
| 6.28 | One (1) | Rice Truck Scale (120 Ton) | Prater Creek Coal |
| 6.29 | One (1) | Scale House, Office Trailers | Prater Creek Coal |
| 6.3 | One (1) | Site Preparation Stockpile, Stacking Tube Area | Prater Creek Coal |
| 6.31 | One (1) | Cyclone Refuse Conveyor (18" W x 50' L) | Prater Creek Coal |
| 6.32 | Two (2) | Raw Coal Feed Bins (100 Ton) with Vibrating Feeders (500 TPH) | Prater Creek Coal |
| 6.33 | One (1) | Jeffrey Hammermill Crusher & Structure (52") & Structure | Prater Creek Coal |

19

| 6.34 | One (1) | Various Transfer Structures | Prater Creek Coal |
| 6.35 | One (1) | Unit Train Loadout | Prater Creek Coal |
| | | | |
| Item # | Quantity | Descrition | Lien Holder |
| 7 | | Mobile Plant & Equipment (Rolling Stock) | |
| 7.1 | One (1) | Plant Crusher Feed Conveyor (36" W x 75' L) | Prater Creek Coal |
| 7.2 | One (1) | Plant Feed Conveyor (36" Wx 250' L) | Prater Creek Coal |
| | | | |
| Item # | Quantity | Descrition | Lien Holder |
| 8 | | Additional Asset Group | |
| 8 | One (1) | Preparation Plant | Prater Creek Coal |
| 9 | One (1) | Rail Siding | Prater Creek Coal |
| 10 | One (1) | Surface Equipment | Prater Creek Coal |

**IVEL OPERATIONAL EQUIPMENT - LIEN HOLDER PRATER CREEK COAL**

| Item # | Quantity | Description | Serial Number |
|---|---|---|---|
| 1 | 1 | New Truck Scales | N/A |
| 2 | 1 | Washplant RAW COAL FEED System (Hopper, feeder, beltline, crusher chutes | N/A |
| 3 | 1 | Rebuilt Scales | N/A |
| 4 | 1 | Security system | N/A |
| 5 | 1 | Air compressor inside plant | N/A |
| | | | |

**IVEL ROLLING STOCK - LIEN HOLDERS PEOPLES BANK AND CAT FINANCE**
**(NOTE: EQUIPMENT SUBJECT TO CAT LIENS - SOLD SUBJECT TO LIEN AS SET FORTH IN APA SEC. 2.3(C))**

| Item # | Quantity | Description | Serial Number |
|---|---|---|---|
| 1 | 1 | FORD Water Truck L-9000 | M11310E |
| 2 | 1 | ELGIN Sweeper ST 15 SC-8000 | MV0297D |
| 3 | 1 | CAT 980G LOADER | 2KR04118 |
| 4 | 1 | CAT 315BL Excav. w/ hydraulic hammer chisel rebuilt in 2015 | 3AW0473 |
| 5 | 1 | INGERSOL COMPACTOR SP56 | 7663-3 |
| 6 | 1 | ALLMAND Light Plant | AXT83414 |
| 7 | 1 | Pressure Washer | 4X1PS4C19DJK00344 |
| 8 | 1 | Caterpillar 988G Wheel Loader | 2TW00078 |
| 9 | 1 | Caterpillar 988G Wheel Loader | BNH00434 |
| 10 | 1 | Caterpillar D8RII Track Type Tractor | 6YZ01938 |
| 11 | 1 | Caterpillar 740 Articulated Truck | AXM01018 |
| 12 | 1 | Caterpillar 735 Articulated Truck | B1N00267 |
| 13 | 1 | Truck Auger | |

| 14 | 1 | MACK RD800 ORANGE | 1M2P156C9GA00106 |
| 15 | 1 | MACK DM800 BLACK | 1M2B160CDCA001095 |
| 16 | 1 | MACK RD800 GRAY | 1M2P282C1MM0013 |
| 17 | 1 | MACK RD800 PURPLE | 1M2C114C84C001110 |
| | | | |

| REDBUD EQUIPMENT - LIEN HOLDER PEOPLES BANK | | | |
| Item # | Quantity | Description | Serial Number |
| 1 | 1 | case skid loader | n8m485982 |
| 2 | 1 | (1)Thermo Fisher-Nuclear Analyzer | |
| 3 | 1 | Sweeper truck | |
| 4 | 1 | Kawasaki 400ddf | |
| 5 | 1 | 70DA Gundlach Crusher | #1167 |
| 6 | 3 | Flextooth crushers | |
| 7 | 1 | FORD Water Truck L-9000 | M11310E |
| 8 | 1 | ELGIN Sweeper ST 15 SC-8000 | MV0297D |
| 9 | 1 | CAT 980G LOADER | 2KR04118 |
| 10 | 1 | CAT 315BL Excav. w/ hydraulic hammer chisel rebuilt in 2015 | 3AW0473 |
| 11 | 1 | INGERSOL COMPACTOR SP56 | 7663-3 |
| 12 | 1 | ALLMAND Light Plant | AXT83414 |
| 13 | 1 | Pressure Washer | 4X1PS4C19DJK00344 |
| 14 | 1 | Mine Rescue System | |
| 15 | 1 | Self Rescuers | |
| 16 | 4 | Belt Drives | |
| 17 | 1 | 2000 Intl. Water Truck | |
| 18 | | CAT IT-28 Wheel Loader | |
| 19 | 1 | 2013 Dodge Ram 2-Ton Truck | |
| 20 | 1 | Mclanahan Crusher | N/A |
| 21 | 1 | screen tower located at Porter Fabrication | N/A |
| 22 | 1 | Power Center @Beckeley Warehouse | N/A |
| 23 | 1 | D8R dozer | 6YZ01938 |
| 24 | 1 | 100' belt structure | N/A |
| 25 | 1 | 10X10 hopper (?) | N/A |
| 26 | 1 | 10X14 hopper | N/A |
| 27 | 1 | GROVE CRANE | GC46233 |
| 28 | 1 | 988-B | 50W08102 |
| 29 | 1 | 6X16 or (7X20) dd Tabor  screen | N/A |

| 30 | 1 | 2nd crane | N/A |
| 31 | 1 | D-8R (list it but not sure of liens other than Peoples) | 6YZ01527 |
| 32 | 4 | Belt drives and tailpieces removed from Stonecoal | N/A |
| 33 | 1 | Hoppers, belt structure, feeder structures, screen tower, 8x20 double deck screen, Crusher stand, lights switches,  controllers electrical trailer etc. purchased under loan with Peoples Bank, not specifically claimed in court by another creditor.  Need six months to remove from the property. | N/A |
|  |  |  |  |

| PRODUCER'S LAND EQUIPMENT - LIEN HOLDER PEOPLES BANK | | | |
|---|---|---|---|
| **Location** | **Lienholder** | **Description** | **Serial No.** |
| Beckley Warehouse | Peoples Bank | POWER CENTER | |
| Lockwood | Peoples Bank | Belt drives and tailpieces removed from Stonecoal | |
| Stonecoal | Peoples Bank | 12-12 JOY MINER | |
| Stonecoal | Peoples Bank | 10 SC | |
| Stonecoal | Peoples Bank | 10 SC | |
| Stonecoal | Peoples Bank | 10 SC | |
| Stonecoal | Peoples Bank | POWER CENTERS | |
| Stonecoal | Peoples Bank | ROOF BOLTER | |
| Stonecoal | Peoples Bank | SCOOP | |
| Stonecoal | Peoples Bank | CHARGERS | |
| Stonecoal | Peoples Bank | SUBSTATION(includes all outside and inside electrical system components) | |
| Stonecoal | Peoples Bank | BELTLINE STRUC. | |
| Stonecoal | Peoples Bank | MISC PARTS &EQ. All equipment andl infrastructure currently on the property | |

120460.155928/1447291.2

| Stonecoal Mine | Peoples Bank | MISC PARTS &EQ. including all belts,structures,beltline, electrical, substations, spare parts, locator system(pyott Boone) roof bolts, glue headers,misc. suppiies, water trucks, loaders,forklifts on the property, improvements to surface or underground parts, head drives  tailpieces,feeders,  mantrips,  scoops,  office equipment, everything on the property that has not been claimed by secured creditor in court. | |

| REDBUD DOCK EQUIPMENT- LIEN HOLDER COMMUNITY TRUST BANK | | | |
|---|---|---|---|
| **Location** | **Lienholder** | **Description** | **Serial No.** |
| Stonecoal | Community Trust Bank | Stamler Feeder Breaker | 11839 |
| Logan Mine | Community Trust Bank | Joy 21 Shuttle Car | ET1S037 |
| Logan Mine | Community Trust Bank | Joy 21 Shuttle Car | ET14065 |
| Stonecoal | Community Trust Bank | Fletcher Roof Bolter/Ranger | 2004105 |
| | | | |

| LOGAN MINE EQUIPMENT | | | |
|---|---|---|---|
| 1 | 1 | CM 245 Lee Norse | #9214 |
| 2 | 1 | DDO roof bolter | |
| 3 | 1 | Roof Ranger bolter | |
| 4 | 1 | SS 482 Scoop | |
| 5 | 1 | SS 482 Scoop | |
| 6 | 1 | SS 482 Scoop | |
| 7 | 1 | SS 482 Scoop | |
| 8 | 1 | SS 482 Scoop | |
| 9 | 1 | SS 482 Scoop | |
| 10 | 1 | SS 482 Scoop | |
| 11 | 1 | Johnson 4 wheeler | |
| 12 | 1 | Johnson 4 wheeler | |
| 13 | 1 | Johnson 4 wheeler | |
| 14 | 1 | Johnson 4 wheeler | |

120460.155928/1447291.2

| 15 | 1 | Johnson 4 wheeler | |
|----|---|-------------------|---|
| 16 | 1 | Mac 8 mantrip | |
| 17 | 1 | IT 14G cat fork lift | |
| 18 | 1 | Perm Ride | |
| 19 | 1 | SS 482 Scoop | |
| 20 | 1 | SS 482 Scoop | |
| 21 | 1 | Lee Norse Miner | |
| 22 | 1 | DDO bolter | |
| 23 | 1 | Canopy | |
| 24 | 1 | Fan and fanhouse | |
| 25 | 5 | Belt lines and drives | |
| 26 | 2 | power centers distribution box | |
| 27 | 1 | misc. pumps | |
| 28 | 1 | Supplies | |
| 29 | 3 | Chargers | |
| 30 | 1 | Man locator sys | |
| 31 | 1 | Substation and transformers | |
| 32 | 1 | Highline | |
| 33 | 1 | Machine cables | |
| 34 | 1 | Office bldg, computers etc | |
| | | | |
| Any sunk cost or additional equipment necessary to the proper operation of the Logan Mine | | | |

120460.155928/1447291.2