UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re:<br><br>DENNIS RAY JOHNSON, II, et al<br>    Debtor. | Bankruptcy Case No.: 3:16-bk-30227<br>Chapter 11<br><br>Jointly Administered |

### NOTICE OF WITHDAWAL OF TRUSTEE'S MOTION FOR AUTHORITY TO COMPROMISE AND DISMISS PENDING CIVIL ACTION AGAINST PEOPLES BANK, PEOPLES INSURANCE AGENCY, LLC, GREAT AMERICAN INSURANCE COMPNAY OF NEW YORK, AND ZACHARY B. BURKONS [Doc # 1040]

Thomas H. Fluharty, Chapter 11 Trustee for the jointly administered bankruptcy estates of Dennis Ray Johnson, II, hereby withdraws his Motion for Authority to Compromise and Dismiss Pending Civil Action Against Peoples Bank, Peoples Insurance Agency, LLC, Great American Insurance Company of New York, and Zachary B. Burkons [Doc # 1040]. The Trustee will file an amended motion that incorporates a settlement with Peoples Bank.

                                                    Thomas H. Fluharty, Chapter 11 Trustee
                                                    By Counsel,

/s/ Joe M. Supple
Supple Law Office PLLC
801 Viand Street
Point Pleasant, WV 25550
304.675.6249
joe.supple@supplelaw.net

### CERTIFICATE OF SERVICE

I, Joe M. Supple, certify that a true copy of the foregoing NOTICE OF WITHDAWAL OF TRUSTEE'S MOTION FOR AUTHORITY TO COMPROMISE AND DISMISS PENDING CIVIL ACTION AGAINST PEOPLES BANK, PEOPLES INSURANCE AGENCY, LLC, GREAT AMERICAN INSURANCE COMPNAY OF NEW YORK, AND ZACHARY B. BURKONS was served by this Court's CM/ECF system on June 14, 2018 to all parties having registered in this case under the Court's CM/ECF system.

/s/ Joe M. Supple