# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

| | |
|---|---|
| IN RE: | |
| | Bankruptcy No. 3:16-bk-30227 |
| DENNIS RAY JOHNSON, II, et al., | |
| | Jointly Administered |
| Debtors. | Chapter 11 |

**AGREED ORDER CONTINUING HEARING ON
PETITION FOR ALLOWANCE OF
ADMINISTRATIVE EXPENSE CLAIM**

Pending is the motion of Peoples Bank, by counsel Arch W. Riley, Jr., to continue the June 22, 2018 hearing on the Petition for Allowance of Administrative Expense Claim. Counsel for Peoples Bank has an irreconcilable conflict and all parties agree to a continuance of the hearing to July 31, 2018 Charleston Docket. The Court finding good cause to grant the motion does accordingly:

ORDER that a hearing on the Petition for Allowance of Administrative Expense Claim shall be held on the **31st day of July, 2018 at 11:00 a.m.,** at the Robert C. Byrd U.S. Courthouse, 300 Virginia Street East, Bankruptcy Courtroom A, Charleston, West Virginia 25301.

Prepared by:

/s/*Arch W. Riley, Jr.*
Arch W. Riley, Jr.
*Counsel for Peoples Bank*




Agreed to by:

/s/ *Patrick S. Cassidy*
Patrick S. Cassidy