**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re:<br><br>DENNIS RAY JOHNSON, II<br><br>    Debtor. | Chapter 11<br><br>Case No. 3:16-bk-30227 |

**OBJECTION OF MCCORMICK 101, LLC TO TRUSTEE'S MOTION TO
COMPROMISE**

For its objection to Trustee's Motion for Authority to Compromise Pending Civil Action

Against People's Bank, People's Insurance Agency, LLC, Great American Insurance Company

of New York, and Zachary B. Burkons (Docket 1084) ("Motion to Compromise"), McCormick

101, LLC ("McCormick") respectfully states as follows:

1.      McCormick is the owner and holder of 21 loans which McCormick recently

purchased.

2.      Debtor Dennis Ray Johnson, II ("Debtor") is borrower or guarantor on all 21

loans.

3.      The original principal balance on the 21 loans is $8,343,486.  The current unpaid

principal balance on all 21 loans is approximately $5,393,609.

4.      McCormick has reviewed the Debtors' Objection to the Motion to Compromise

(Docket 1091).  McCormick finds the reasoning in the Debtor's objection to be compelling and

hereby joins in Debtors' objection for all the reasons articulated by Debtor in its objection.

WHEREFORE, McCormick respectfully requests that the Motion to Compromise be

denied.

Dated:  July 30, 2018                              Respectfully submitted,

                                                                 **BUCHANAN INGERSOLL & ROONEY LLP**

                                                                 /s/ Christopher P. Schueller
                                                                 Christopher P. Schueller (WV Bar No. 11267)
                                                                 Timothy P. Palmer (WV Bar No. 11275)
                                                                 One Oxford Centre, 20th Floor
                                                                 301 Grant Street
                                                                 Pittsburgh, PA 15219
                                                                 Telephone: 412-562-8432
                                                                 Fax:  412-562-1041
                                                                 E-mail:christopher.schueller@bipc.com
                                                                        timothy.palmer@bipc.com
                                                                 *Attorneys for McCormick 101, LLC*

2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re:<br><br>Dennis Ray Johnson, II<br>        Debtor. | Chapter 11<br><br><br>Case No. 3:16-bk-30227 |

### CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2018, I caused a copy of the foregoing *Objection of McCormick 101, LLC to Trustee's Motion to Compromise Assignment* to be served electronically via e-mail on the Debtor's counsel, counsel for the Chapter 11 Trustee and the U.S. Trustee.

I further certify that the original of the foregoing Motion was filed with the Court via the Clerk's CM/ECF electronic filing system on July 30, 2018.


/s/ Christopher P. Schueller
Counsel

4829-6528-9582, v. 1