IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

DENNIS RAY JOHNSON, II,                                   Case No. 16-30227
                                                          Chapter 11
    Debtor.

**PROTECTIVE OBJECTION OF ZACHARY B. BURKONS, AS RECEIVER, TO
(I) MOTION OF DENNIS RAY JOHNSON, II, TO TREAT TRUSTEE'S MOTION TO
COMPROMISE AS A SALE MOTION UNDER 11 U.S.C. §363 AND
(II) UPSET BID OF DENNIS RAY JOHNSON, II, FOR SALE OF CIVIL ACTION**

    Zachary B. Burkons, as Receiver ("**Burkons**"), by counsel, hereby objects (this "**Objection**") to (i) the Motion of Dennis Ray Johnson, II, to Treat Trustee's Motion to Compromise as a Sale Motion Under 11 U.S.C. § 363 [Doc. 1105] (the "**Motion**") and (ii) the Upset Bid of Dennis Ray Johnson, II, for Sale of Civil Action [Doc. 1107] (the "**Upset Bid**," together with the Motion, the "**Johnson Litigation Filings**"). In support of this Objection, Burkons states as follows:

**Background**

    1. On or about November 24, 2015, Peoples Bank, National Association ("**Peoples Bank**") filed an action in the Circuit Court of Cabell County, West Virginia (the "**State Court**"), which included a request for the appointment of a receiver with respect to the Debtor and certain of his entities. In January 2016, Peoples Bank specifically moved in the State Court for the appointment of a receiver.

    2. On May 9, 2016, Dennis Ray Johnson, II (the "**Debtor**") filed a voluntary case under chapter 11 of title 11, 11 U.S.C. §§ 101, *et seq*. (the "**Bankruptcy Code**"). [Doc. 1].

10349214.1

3. On or about August 16 or 18, 2016, the State Court entered an order that appointed Burkons as a successor receiver for those entities.

4. The Debtor operated as a debtor-in-possession until November 7, 2016.

5. On November 7, 2016, this Court appointed Thomas H. Fluharty as the Chapter 11 Trustee (the "**Trustee**") of the bankruptcy estate of the Debtor. [Doc. 169].

6. Also on November 7, 2016, this Court administratively consolidated this case with the bankruptcy cases of other entities related to the Debtor. [Doc. 170].

7. On October 26, 2017, the Trustee filed an action in the United States District Court for the Southern District of West Virginia (the "**District Court**"), case number 16-cv-9874, styled *Thomas H. Fluharty, Trustee v. Peoples Bank, NA, et al.* (the "**District Court Case**"). [Doc. 1, Case 17-cv-4220].

8. The District Court Case asserted claims against a variety of parties, including Burkons, for actions arising out of Peoples Bank's loans to the Debtor and his entities, collection activity taken by Peoples Bank, and the actions of Burkons as a State-Court-appointed receiver. [Doc. 1, Case 17-cv-4220].

9. On April 24, 2018, the District Court entered an order dismissing Burkons from the District Court Case, finding that the Trustee had failed to obtain permission from the State Court to file an action against Burkons, and that the District Court lacked subject matter jurisdiction as a result. [Doc. 87, Case 17-cv-4220].

10. On May 30, 2018, after it became apparent to the Trustee that the Debtor had engaged in misconduct and made misrepresentations that resulted in the District Court Case lacking as much merit as the Trustee had originally believed, the Trustee filed his motion in this

Court to compromise the estate claims that were the subject of the District Court Case. *See* [Doc. 1040].

11. The Trustee's motion was withdrawn on June 14, 2018. [Doc. 1046].

12. However, on July 3, 2018, the Trustee filed a similar motion to compromise the estate's claims in the District Court Case. [Doc. 1084].

13. On August 3, 2018, the Debtor filed his Johnson Litigation Filings, asking essentially to take over the District Court Case.

**Objection**

14. To the extent the Debtor is asking this Court to permit the Debtor to take over the District Court Case and revive or renew the action or claims against Burkons, Burkons objects.

15. The District Court has already entered an order finding that it lacks subject matter jurisdiction over Burkons.

16. Burkons is no longer a party to the District Court Case, and is not a proper defendant in the District Court Case.

17. Accordingly, no matter what happens in connection with this Court's disposition of the Johnson Litigation Filings, Burkons objects to any relief that would contravene the District Court's order dismissing Burkons or that would otherwise permit the Debtor to name Burkons in the District Court case should the Debtor obtain the relief requested in the Motion.

10349214.1

WHEREFORE, for the reasons set forth above, in the event the Motion is granted and the Upset Bid is accepted, Burkons respectfully requests that this Court enter an order (a) recognizing the Burkons Dismissal and providing that the Litigation be reinstated without Burkons as a defendant, and (b) granting such other and further relief as is just and proper.

    ZACHARY B. BURKONS, AS RECEIVER,

    By Counsel

*/s/ Daniel J. Cohn*
Julia A. Chincheck (WVSB #718)
Stuart A. McMillan (WVSB #6352)
Daniel J. Cohn (WVSB #11916)
BOWLES RICE LLP
600 Quarrier Street
Post Office Box 1386
Charleston, West Virginia 25325-1386
Telephone: (304) 347-1100
Facsimile: (304) 343-3058
Email:    jchincheck@bowlesrice.com
Email:    smcmillan@bowlesrice.com
Email:    dcohn@bowlesrice.com
*Counsel for Zachary B. Burkons,*
   *as Receiver*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

DENNIS RAY JOHNSON, II,   Case No. 16-30227
                          Chapter 11
    Debtor-in-Possession.

## CERTIFICATE OF SERVICE

I, Daniel J. Cohn, do hereby certify that I served the foregoing **Protective Objection of Zachary B. Burkons, as Receiver, to (I) Motion of Dennis Ray Johnson, II, to Treat Trustee's Motion to Compromise as a Sale Motion Under 11 U.S.C. §363 and (II) Upset Bid of Dennis Ray Johnson, II, for Sale of Civil Action** by electronic transmission to all persons registered to receive electronic notices in this case by means of the Court's CM/ECF noticing system, and, where indicated by a mailing address below, by first class United States Mail, postage pre-paid, and properly addressed, all on August 27, 2018.

| | | |
|---|---|---|
| Appalachian Land Company<br>PO Box 279<br>Pikeville, KY 41502-0279 | MVB Bank, Inc.<br>Attn: Louis Argento<br>400 Washington Street, East<br>Charleston, WV 25301-1509 | David Wright<br>Richard A. Getty, Esquire<br>Getty Law Group, PLLC<br>1900 Lexington Financial Center<br>250 West Main Street<br>Lexington, KY 40507-1714 |
| Berkeley Energy Corporation<br>PO Box 279<br>Pikeville, KY 41502-0279 | Offut Nord Burchett, PLLC<br>949 Third Avenue, Suite 300<br>Huntington, WV 25701-1451 | Dennis R. Johnson, Sr.<br>514 20th Street<br>Huntington, WV 25703-1511 |
| BrickStreet Mutual Insurance Company<br>400 Quarrier Street<br>Charleston, WV 25301-2010 | Prater Creek Coal Corporation<br>PO Box 279<br>Pikeville, KY 41502-0279 | Department of Environmental Protection<br>   (DEP) & DNR of KY<br>3140 South Lake Drive<br>Prestonsburg, KY 41653-1411 |

5

Case Dock, LLC
201 Raven Rock Fork Road
Louisa, KY 41230

Roadside Processing Inc.
PO Box 279
Pikeville, KY 41502-0279

Department of Environmental Protection
   (DEP) & DNR of WV
1101 George Kostas Drive
Logan, WV 25601-3483

Caterpillar Financial Services Corporation
c/o Brandy M. Rapp, Esq.
Whiteford, Taylor & Preston LLP
114 Market Street, Suite 210
Roanoke, VA 24011-1443

The Ohio Valley Bank
Attn: Shelly Angel
420 Third Avenue
Gallipolis, OH 45631-1135

Department of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

City National Bank of West Virginia
Attn: Shelby L. Crouse, Vice President
560 4th Street
St. Albans, WV 25177-2819

West Virginia State Tax Department
Bankruptcy Unit
PO Box 766
Charleston, WV 25323-0766

Environmental Protection Agency Region 4 KY
Atlanta Federal Center
61 Forsyth Street S.W.
Atlanta, GA 30303-8931

Commonwealth of Kentucky
Energy and Environ.
Office of General Counsel
300 Sower Blvd., Third Floor
Frankfort, KY 40601-6571

Whiteford, Taylor & Preston, LLP
500 Grant Street, Suite 2900
Pittsburgh, PA 15219-2502

Federal Loan Servicing
PO Box 60610
Harrisburg, PA 17106-0610

Elkview Reclamation & Processing LLC
PO Box 1052
Catlettsburg, KY 41129-5052

Ally Financial
PO Box 130424
Roseville, MN 55113-0004

First Surety Corporation
179 Summers Street, Suite 307
Charleston, WV 25301-2131

Green Coal, LLC
PO Box 1052
Catlettsburg, KY 41129-5052

City National Bank
PO Box 7077
Cross Lanes, WV 25356-0077

Hubble Mining Company, LLC
c/o Mickey T. Webster, Esquire
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Ste 1600
Lexington, KY 40507-1746

Internal Revenue Service
PO Box 1040
Stop 2202
Parkersburg, WV 26102

Community Trust Bank Inc.
346 North Mayo Trail
Pikesville, KY 41501-1492

DEP Division of Water for KY
200 Fair Oaks Lane, 4th Floor
Frankfort, KY 40601-1134

James River Coal Sales, Inc.
901 East Byrd Street, Suite 1600
Richmond, VA 23219-4054

Toyota Motor Credit Corporation
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Zachary B Burkons Rent Due, LLC
Keith Building
1621 Euclid Avenue, Suite 408
Cleveland, OH 44115-2117

6

Janet Griffiths
c/o Tracy D. Frye, Esquire
Frye Law Offices
404 Ferry Street
PO Box 411
Russell, KY 41169-0411

Terex Financial Services
200 Nyala Farm Road
Westport, CT 06880

Toyota Financial
PO Box 5855
Carol Stream, IL 60197-5855

Kentucky Department of Revenue
Frankfort, KY 40619-0008

Timothy P. Rosinsky, Esquire
641 6th Street
Huntington, WV 25701-2123

United Bank
PO Box 2373
Charleston, WV 25328-2373

Mark Pinson
101 Ridgewood Road
Huntington, WV 25701-4866

WV State Tax Department
PO Box 3694
Charleston, WV 25336-3694

Wells Fargo
420 Montgomery Street
San Francisco, CA 94101-1298

McGillycuddy's Inc.
c/o Brian D. Morrison, Esquire
Bailey & Wyant, PLLC
PO Box 3710
Charleston, WV 25337-3710

Yamaha Motor Finance Corp.
3362 Momentum Place
Chicago, IL 60689-0001

J. Daniel Vorsteg
Whiteford Taylor Preston
7 Saint Paul Street
Baltimore, MD 21202-1697

Mercuria Energy Trading
c/o Warren J. Hoffman, Esquire
Frost, Brown & Todd, PLLC
Lexington Financial Center
250 West Main Street, Ste 2800
Lexington, KY 40507-1706

S. Taylor Hood
949 Third Avenue, Suite 300
PO Box 2868
Huntington, WV 25728-2868

Stephen L. Thompson
Barth & Thompson
PO Box 129
Charleston, WV 25321-0129

Renee Martin
21135 E. Glen Haven Circle
Northville, MI 48167-2472

Shannon E. Daily
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Sheriff of Cabell County
 West Virginia
750 5th Avenue, Suite 101
Huntington, WV 25701-2019

Spencer D. Elliott
Lewis, Glasser, Casey & Rollins
 PLLC
PO Box 1746
Charleston, WV 25326-1746

 

    */s/ Daniel J. Cohn*
Daniel J. Cohn (WVSB #11916)

10349214.1