# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**In Re:**

**DENNIS RAY JOHNSON, II, et al.**   Case No. 16-30227

   Chapter 11

   **Debtor.**

   Jointly Administered

## TRUSTEE'S OBJECTION TO DEBTOR'S MOTION

Thomas H. Fluharty, Chapter 11 Trustee for the jointly administered bankruptcy estates of Dennis Ray Johnson, II, objects to the Debtor's Motion to Treat Trustee's Motion to Compromise as a Sale Motion Under 11 U.S.C. § 363 [Docket No. 1105].

1. The Debtor has set a deadline of September 3, 2018 for objections to his motion.

2. The Debtor lacks standing to control the administration of estate assets or to set deadlines for responsive pleadings.

3. The Trustee is discussing amended terms of settlement with parties-in-interest.

4. As soon as possible, and prior to the September 11, 2018 hearing, the Trustee intends to file either an amended compromise motion or a responsive pleading addressing the proposal advanced by the Debtor.

   Thomas H. Fluharty, Chapter 11 Trustee
   By Counsel,

/s/ Joe M. Supple
Supple Law Office PLLC
801 Viand Street
Point Pleasant, WV 25550
304.675.6249
joe.supple@supplelaw.net

## **CERTIFICATE OF SERVICE**

      I, Joe M. Supple, certify that a true copy of the foregoing TRUSTEE'S OBJECTION TO DEBTOR'S MOTION was served by this Court's CM/ECF system on August 31, 2018 to all parties having registered in this case under the Court's CM/ECF system.

/s/ Joe M. Supple
Joe M. Supple
Supple Law Office, PLLC
801 Viand Street
Point Pleasant, WV 25550
304.675.6249