IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

| | |
|---|---|
| MATTHEW SCOTT CRISWELL and<br>STACI NORMAN CRISWELL, | Case No. 17-20166<br>Chapter 7 |
| Debtors. | |

In re:

MATTHEW SCOTT CRISWELL and                                Case No. 17-20166
STACI NORMAN CRISWELL,                                    Chapter 7

    Debtors.

UNITED BANK,

    Plaintiff,                                           Adversary Proceeding No. 17-2017

  v.

MATTHEW SCOTT CRISWELL and
STACI NORMAN CRISWELL,

    Defendants.

10670872.1

In re:

| | |
|---|---|
| MARK LAWRENCE FRENCH<br>and ASHLEY ALEXANDRIA FRENCH, | Case No. 17-20336<br>Chapter 7 |

      Debtors.

---

In re:

| | |
|---|---|
| MARK LAWRENCE FRENCH and<br>ASHLEY ALEXANDRIA FRENCH, | Case No. 17-20336<br>Chapter 7 |

      Debtors.

UNITED BANK,

      Plaintiff,                         Adversary Proceeding No. 17-2025

      v.

MARK LAWRENCE FRENCH and
ASHLEY ALEXANDRIA FRENCH,

      Defendants.

---

In re:

| | |
|---|---|
| DENNIS RAY JOHNSON, II, | Case No. 16-30227<br>Chapter 11 |

      Debtor.

---

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND TO BE REMOVED FROM ELECTRONIC NOTIFICATION SYSTEM AND SERVICE LISTS**

      This matter is before the Court upon Motion of Andrew C. Robey for entry of an Order removing him as counsel of record in the above-referenced bankruptcy cases, and it is hereby

ORDERED that the Motion to Withdraw of Andrew C. Robey is hereby GRANTED, and it is further

ORDERED that Andrew C. Robey is hereby removed from this Court's CM/ECF noticing list and shall no longer receive service of pleadings in the above-caption cases.

Prepared by:

*/s/ Andrew C. Robey*
Andrew C. Robey (WVSB #12806)
BOWLES RICE LLP
600 Quarrier Street
Post Office Box 1386
Charleston, West Virginia  25325-1386
Telephone: (304) 347-1100
Facsimile:  (304) 347-1746
E-mail: arobey@bowlesrice.com

10670872.1