**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In re:<br><br>MOUSSIE PROCESSING, LLC<br><br>Debtor. | Case No.: 16-30248<br>Jointly administered under<br>Dennis Ray Johnson, II<br>Case No. 16-30227<br>Chapter 11 |

**ORDER GRANTING SECOND INTERIM APPLICATION FOR**
**APPROVAL AND PAYMENT OF FEES AND REIMBURSEMENT**
**OF EXPENSES TO SUPPLE LAW OFFICE, PLLC, COUNSEL**
**FOR THE CHAPTER 11 TRUSTEE OF MOUSSIE PROCESSING, LLC**

On March 1, 2019, a hearing was held on the second interim application of Joe M. Supple and Supple Law Office, PLLC, counsel for the Chapter 11 Trustee, for approval of the payment of fees in the amount of $10,740.00 and reimbursement of expenses of $120.00 for legal services rendered to the Trustee during the period of September 6, 2017 through January 20, 2019 for the estate of Moussie Processing, LLC. On January 24, 2017, this Court approved the employment of Joe M. Supple and Supple Law Office, PLLC as counsel for the Trustee. There being no objections to the application and the Court finding good cause to grant the application does accordingly,

**ORDER** that the Second Interim Application for Compensation of Supple Law Office, Counsel for the Chapter 11 Trustee of Moussie Processing, for fees in the amount $10,740.00 and reimbursement of expenses of $120.00 for legal services rendered to the Trustee during the

period of September 6, 2017 through January 20, 2019 for the estate of Moussie Processing, LLC is **GRANTED** and the Trustee is authorized to pay the approved fees and expenses. It is further,

**ORDERED** that the Trustee is authorized to pay the approved fees and expenses of Supple's first application in the amount of $2,430.00.

Prepared by:

/s/ Joe M. Supple
Joe M. Supple (WV Bar #8013)
Supple Law Office, PLLC
801 Viand Street
Point Pleasant, WV 25550
304-675-6249
joe.supple@supplelaw.net
*Counsel for the Trustee*