Notice of Offer

Robert C. Byrd U.S. Courthouse
300 Virginia Street East, Room 3200
Charleston, West Virginia 25301

Thomas H. Fluharty, Trustee
408 Lee Avenue
Clarksburg, WV 26301

I sent the attached email to the trustee on February 7, 2019. The offer included $255,000.00 cash with no contingencies and an additional $500,000.00 to creditors after return of original investment and attorney fees. I have not received any response to my offer.

George Adams
george.adams@scmsolutions.us

FILED IN CHARLESTON
U.S. BANKRUPTCY COURT

MAR 0 4 2019

SOUTHERN DISTRICT
WEST VIRGINIA



Ch. 11
16-30227

**george.adams@scmsolutions.us**

| | |
|---|---|
| From: | george.adams@scmsolutions.us |
| Sent: | Thursday, February 7, 2019 4:29 PM |
| To: | 'thfaal@aol.com' |
| Cc: | 'george.adams@scmsolutions.us' |

FILED IN CHARLESTON
U.S. BANKRUPTCY COURT

MAR 0 4 2019

SOUTHERN DISTRICT
WEST VIRGINIA

Mr. Fluharty,

It is my understanding that you are the Trustee representing the interest of creditors from Southern Marine Terminal. I own SCM Solutions LLC which is one of the listed creditors involved in this case. I want to submit an offer to purchase the complaint that Southern Marine Terminal has against People's Bank and Great American Insurance which is filed in the Southern district of West Virginia. I want to submit a bid for SCM Solutions in the amount of $255,000.00. If SCM Solutions bid is successful and awarded the case then SCM Solutions will return $500,000.00 of the verdict to the estate after receiving it's original bid of $255,000.00 invested and associated attorney fees. I have contacted multiple firms in West Virginia in an effort to submit this offer with no success because each firm was conflicted. I contacted another firm today that didn't seem to have conflicts but he wanted to reach out to your counsel first before agreeing to submit. I am waiting to hear back from them but in the interim I wanted to reach out to you myself to see what I need to do to move forward with SCM Solutions bid. Thanks in advance for any attention and consideration you can afford and look forward to hearing from you.

Scm Solutions LLC
283 Riverbend Way
Grayson, KY. 41143

Robert C. Byrd Courthouse
300 Virginia Street. East Room 3000
Charleston, West Virginia 25301

