IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
IN HUNTINGTON

| | |
|---|---|
| IN RE:<br><br>DENNIS RAY JOHNSON, II, APPALACHIAN MINING AND RECLAMATION, L.L.C., DJWV1, LLC, DJWV2, LLC, ELKVIEW RECLAMATION & PROCESSING LLC, GREEN COAL, LLC, JOINT VENTURE DEVELOPMENT, LLC, THE LITTLE KENTUCKY ELK, LLC, MOUSSIE PROCESSING, LLC, PRODUCER'S COAL, INC., PRODUCER'S LAND, LLC, REDBUD DOCK, LLC, SOUTHERN MARINE SERVICES LIMITED LIABILITY COMPANY, SOUTHERN MARINE TERMINAL, LLC, and SABBATICAL, INC.,<br><br>    Debtors. | Case No. 16-30227<br>*Joint Administration*<br><br>Chapter 11<br>JUDGE FRANK W. VOLK |

## NOTICE OF APPEAL

**NOW COMES** Denise Johnson and serves notice of her appeal from this Court's Order entered March 31, 2019, (Dkt. Entry 1500), denying her motion to treat the motion to compromise or approve settlement as an 11 U.S.C. § 363 sales motion and denying her an upset bid and granting attorney fees to Patrick S. Cassidy, Thomas M. Cunningham and Martin P. Sheehan.

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): DENISE JOHNSON

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: <u>Memorandum Opinion and Order which approved the Trustee's proposed settlement Docket Entry 1500</u>

2. State the date on which the judgment, order, or decree was entered: <u>March 31, 2019</u>

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Denise Johnson

   Attorney: Andrew S. Nason, Esq.
   Pepper & Nason
   8 Hale Street
   Charleston, WV 25301
   (304) 346-0361
   (304) 346-1054 (fax)
   andyn@peppernason.com

2. Party: Peoples Bank

   Attorney: Kirk B Burkley, Esq.
   Bernstein-Burkley, P.C.
   707 Grant St
   Ste 2200
   Pittsburgh, PA 15219
   412-456-8108
   412-456-8135 (fax)
   kburkley@bernsteinlaw.com

3. Party: Dennis Johnson

   Attorney: Spencer D. Elliott, Esq.
   Lewis, Glasser, Casey & Rollins PLLC
   P.O. Box 1746
   Charleston, WV 25326-1746
   (304) 345-2000
   selliott@lgcr.com

4. Party: Thomas H. Fluharty

   Attorney: Thomas H. Fluharty, Esq.
   408 Lee Avenue
   Clarksburg, WV 26301
   (304) 624-7832
   (304) 622-7649 (fax)
   thfaal@wvdsl.net

5. Party: JRCC Liquidating Trust

   Attorney: Matthew Pearsall Heiskell, Esq.
   Spilman Thomas & Battle
   150 Clay St, 2nd Floor
   Morgantown, WV 26501
   304-291-7932
   304-291-7979 (fax)
   mheiskell@spilmanlaw.com

6. Party: Peoples Bank

   Attorney: Arch W. Riley, Jr., Esq.
   Bernstein-Burkley, P.C.
   Hare Building
   48 14th ST STE 301
   PO Box 430
   Wheeling, WV 26003-0009
   304.215.1177
   412.456.8135 (fax)
   ARiley@bernsteinlaw.com

7. Party: Southern Marine Terminal, LLC

   Attorney: Carol Smith, Esq.
   Frost Brown Todd LLC
   500 Lee St E
   Ste 401
   Charleston, WV 25301
   csmith@fbtlaw.com

8. Party: Thomas Fluharty, Trustee

   Attorney: Joe M. Supple, Esq.
   801 Viand Street
   Point Pleasant, WV 25550
   (304) 675-6249
   (304) 675-4372 (fax)
   info@supplelaw.net

9. Party: United States Trustee

   Attorney: Debra A. Wertman, Esq.
   300 Virginia St., E.
   Suite 2025
   Charleston, WV 25301
   (304) 347-3400
   debra.a.wertman@usdoj.gov

**DENISE JOHNSON**
**By Counsel**

**Part 5: Sign below**

_____    Date: April 5, 2019
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney  (or appellant(s) if not represented by an attorney):

Andrew S. Nason, Esq.
Pepper & Nason
8 Hale Street
Charleston, WV 25301
(304) 346-0361
(304) 346-1054 (fax)
andyn@peppernason.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
IN HUNTINGTON

IN RE:

DENNIS RAY JOHNSON, II,
APPALACHIAN MINING AND
RECLAMATION, L.L.C., DJWV1, LLC,
DJWV2, LLC, ELKVIEW
RECLAMATION & PROCESSING LLC,
GREEN COAL, LLC, JOINT VENTURE
DEVELOPMENT, LLC, THE LITTLE
KENTUCKY ELK, LLC, MOUSSIE
PROCESSING, LLC, PRODUCER'S
COAL, INC., PRODUCER'S LAND, LLC,
REDBUD DOCK, LLC, SOUTHERN
MARINE SERVICES LIMITED
LIABILITY COMPANY, SOUTHERN
MARINE TERMINAL, LLC, and
SABBATICAL, INC.,

Debtors.

Case No. 16-30227
*Joint Administration*

Chapter 11
JUDGE FRANK W. VOLK

### CERTIFICATE OF SERVICE

I, Andrew S. Nason, counsel for the Denise Johnson, do hereby certify that I have served a copy of the ***Notice of Appeal*** upon the following by depositing a true and exact copy thereof in the United States Mail, in a properly addressed and stamped envelope, on the 5th day of April, 2019.

Kirk B Burkley, Esq.
Bernstein-Burkley, P.C.
707 Grant St
Ste 2200
Pittsburgh, PA 15219
412-456-8108
412-456-8135 (fax)
kburkley@bernsteinlaw.com

Spencer D. Elliott, Esq.
Lewis, Glasser, Casey & Rollins PLLC
P.O. Box 1746
Charleston, WV 25326-1746
(304) 345-2000
selliott@lgcr.com

Thomas H. Fluharty, Esq.
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832
(304) 622-7649 (fax)
thfaal@wvdsl.net

| | | |
|---|---|---|
| Matthew Pearsall Heiskell, Esq.<br>Spilman Thomas & Battle<br>150 Clay St, 2nd Floor<br>Morgantown, WV 26501<br>304-291-7932<br>304-291-7979 (fax)<br>mheiskell@spilmanlaw.com | Arch W. Riley, Jr., Esq.<br>Bernstein-Burkley, P.C.<br>Hare Building<br>48 14th ST STE 301<br>PO Box 430<br>Wheeling, WV 26003-0009<br>304.215.1177<br>412.456.8135 (fax)<br>ARiley@bernsteinlaw.com | Carol Smith, Esq.<br>Frost Brown Todd LLC<br>500 Lee St E<br>Ste 401<br>Charleston, WV 25301<br>csmith@fbtlaw.com |
| Joe M. Supple, Esq.<br>801 Viand Street<br>Point Pleasant, WV 25550<br>(304) 675-6249<br>(304) 675-4372 (fax)<br>info@supplelaw.net | Debra A. Wertman, Esq.<br>300 Virginia St., E.<br>Suite 2025<br>Charleston, WV 25301<br>(304) 347-3400<br>debra.a.wertman@usdoj.gov | |

/s/ Andrew S. Nason
_____
ANDREW S. NASON (WVSB #2707)
Pepper & Nason
8 Hale Street
Charleston, WV 25301
(304) 346-0361
*Counsel for Denise Johnson*