**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**In Re:**

**DENNIS RAY JOHNSON, II, et. al.**                                                    Case No. 16-30227
                                                                                                           Chapter 11
      **Debtor.**

**ORDER CONTINUING HEARING ON APPROVAL
OF DISCLOSURE STATEMENTS**

Pending is the motion of Thomas H. Fluharty, Chapter 11 Trustee for Sabbatical, Inc. and Dennis Ray Johnson, II to continue the April 26, 2019 hearings on the Disclosure Statement Accompanying the Chapter 11 Plan of Liquidation for Sabbatical Inc. [Doc. # 1294] and the Disclosure Statement Accompanying the Chapter 11 Plan of Liquidation for Dennis Ray Johnson, II [Doc. # 1296]. The Court finds good cause to grant the motion and does accordingly,

ORDER AND NOTICE IS HEREBY GIVEN THAT:

A hearing shall be held at _____ in the First Floor Courtroom, Sydney L. Christie, U.S. Courthouse, 845 5th Avenue, Huntington, West Virginia to consider and act upon approval of the proposed Disclosure Statements and any timely filed objection thereto.

Prepared by:

/s/ Joe M. Supple
Supple Law Office PLLC
801 Viand Street
Point Pleasant, WV 25550
304.675.6249
joe.supple@supplelaw.net
*Counsel for the Chapter 11 Trustee*