Frank W. Volk, Chief Judge
United States Bankruptcy Court
Southern District of West Virginia

Dated: April 25th, 2019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

In Re:

DENNIS RAY JOHNSON, II                              Case No. 3:16-bk-30227
                                                    Chapter 11
   Debtor.

ORDER GENERALLY CONTINUING HEARING ON LEWIS GLASSER PLLC,
COUNSEL FOR DEBTOR FOR APPROVAL AND PAYMENT OF FEES

Pending before the Court is the *Motion to Continue Hearing On First Application of Lewis Glasser PLLC, Counsel for Debtor for Approval and Payment of Fees and/or for Administrative Expense Claim Under 11 U.S.C. §503* ("Motion"). Upon review of the Motion and finding good cause to grant the requested relief, it is accordingly,

**ORDERED** that the hearing currently scheduled for April 26, 2019 on the *First Application of Lewis Glasser PLLC, Counsel for Debtor for Approval and Payment of Fees and/or for Administrative Expense Claim Under 11 U.S.C. §503* ("Application")(Docket No. 1237) is hereby **CONTINUED GENERALLY.** The Application may be re-noticed for hearing at any time.