IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
IN HUNTINGTON

IN RE: DENNIS RAY JOHNSON, II,
    APPALACHIAN MINING AND RECLAMATION, L.L.C.,
    DJWVI, LLC,
    DJWV2, LLC,
    ELKVIEW RECLAMATION & PROCESSING LLC,
    GREEN COAL, LLC,
    JOINT VENTURE DEVELOPMENT, LLC,
    THE LITTLE KENTUCKY ELK, LLC,
    MOUSSE PROCESSING, LLC,
    PRODUCER'S COAL, INC.,
    PRODUCER'S LAND, LLC,
    REDBUD DOCK, LLC,
    SOUTHERN MARINE SERVICES LIMITED LIABILITY COMPANY,
    SOUTHERN MARINE TERMINAL, LLC, SABBATICAL, Inc.,
        Debtors-in Possession.

DENNIS RAY JOHNSON, II,

        Appellant,

CIVIL ACTION NO. 3:19-0274
BANKRUPTCY NO. 3:16-30227

PEOPLES BANK,
PATRICK S. CASSIDY,
THOMAS M. CUNNINGHAMN,
MARTIN P. SHEEHAN,
THOMAS H. FLUHARTY, Trustee,

        Appellees.

### AGREED ORDER DISMISSING APPEAL

On a former day came Dennis Ray Johnson, II Denise Johnson, Appellants and Thomas H. Fluharty, an Appellee and Peoples Bank an Appellee and presented this Court this Order dismissing this Appeal in consideration of the Untied States Bankruptcy Court for the Southern District or West Virginia

approval of a settlement which has resolved the issues appealed and jointed requested caused the appeal to be withdrawn and dismissed.

The Court for good cause and consideration of an order entered September 25, 2019, Docket No. 1810 by the United States Bankruptcy Court for the Southern District of West Virginia in the underlying action and case number referenced above this Court accepts the request by the Appellant to withdraw the appeal.

With the consent of the Appellees the Court dismisses the appeal with prejudice.

The Court directs the Clerk to send a copy of this Order to counsel of record and any unrepresented parties

/s/ Andrew S. Nason
ANDREW S. NASON (WVSB # 2707)
Pepper & Nason
8 Hale Street
Charleston, WV 25301
(304) 346-0361
Counsel for Denise Johnson

/s/ Spencer D. Elliott
SPENCER D. ELLIOTT (WVSB # 8064)
Lewis Glasser PLLC
P.O. Box 1746
Charleston, WV 25326-1746
(304) 345-2000
selliott@lewisglasser.com

/s/ Kirk B Burkley
KIRK B. BURKLEY (WVSB # 11767)
Bernstein-Burkley, P.C.
707 Grant St Ste 2200
Pittsburgh, PA 15219
(412) 456-8108
kburkley@bernsteinlaw.com

/s/ Joe M. Supple
JOE M. SUPPLE (WVSB # 8013)
Supple Law Office, PLLC
801 Viand Street
Pt. Pleasant, WV 25550
(304) 675-6249
supplelawoffice@yahoo.com

/s/ Thomas H. Fluharty
THOMAS H. FLUHARTY (WVSB # 1231)
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832
thfaa@wvdsl.net

/s/ Martin P. Sheehan
MARTIN P. SHEEHAN (WVSB # 4812)
Sheehan and Associates, PLLC
41 15th St
Wheeling, WV 26003
(304) 232-1064
sheehanbankruptcy@wvdsl.net

Entered: 10/8/19